**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033

*Attorneys for Plaintiff*
*S.S.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| S.S., <br>    Plaintiff, <br>  v. <br> Dezarae Collins, <br>    Defendant. | Case No. 2:23-cv-892 <br><br> **Request for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)** |

**TO:** Melissa E. Rhoads, Esq.
   Clerk of the Court
   United States District Court – District of New Jersey
   50 Walnut Street
   Newark, NJ 07102

  Request is hereby made for the entry of default as to Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated: December 12, 2023

              **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**

              /s/*Daniel Szalkiewicz, Esq.*
              Daniel S. Szalkiewicz