Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff S.S.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| S.S.,<br>　　　　Plaintiff,<br>　　v.<br>Dezarae Collins,<br>　　　　Defendant. | Case No. 2:23-cv-892 |

**CLERK'S ENTRY OF DEFAULT**

　　IT APPEARING from the records of the above-entitled action that service of the summons and complaint has been made upon Defendant Dezarae Collins, and it further appearing from the Plaintiff's request for entry of default and supporting documentation that said Defendant has failed to plead, respond, or otherwise defend said action as directed.

　　NOW, THEREFORE, on Plaintiff's request, this the _____ day of December, 2023, DEFAULT is hereby entered against Defendant Dezarae Collins.

　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　Clerk of the Court