Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff S.S.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| S.S.,<br><br>            Plaintiff,<br><br>      v.<br><br>Dezarae Collins,<br><br>            Defendant. | Case No. 2:23-cv-892 |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that on February 5, 2024, at 10:00 a.m., or such other time as fixed by the Court, the undersigned attorney for the plaintiff, S.S., will move before the United States District Court of the District of New Jersey, to enter a default judgment against defendant Dezarae Collins and to set this matter down for an inquest.

In support of this motion, the Plaintiff will submit the Declaration of Daniel S. Szalkiewicz, Esq and Brief in Support. A proposed Order is also submitted herewith pursuant to Local Rule 7.1(e).

Dated: December 29, 2023
       New York, New York

                                    Respectfully submitted,

                                    /s/Daniel Szalkiewicz
                              By:   Daniel S. Szalkiewicz, Esq. (DS2323)

1