Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff S.S.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| S. S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dezarae Collins,<br><br>　　　　Defendant. | Case No. 2:23-cv-892 |

**DECLARATION OF S. S.**

I, S.S., being of full age, hereby declare:

1.　　I am the Plaintiff in the above-captioned case. I submit this Declaration in support of my request to proceed under the pseudonym "S.S."

2.　　I request the court enter a default judgment against the defendant, Dezarae Collins.

3.　　Dezarae Collins (the "Defendant") has been harassing me since 2016. I have filed numerous police reports and I was just awarded a Final Restraining Order preventing Defendant's harassment against me (DE 2-3).

4.　　Defendant's conduct has forced me to change my telephone number over 100 times and she has also harassed my family, my girlfriend's family, and my girlfriend.

5. Between December 28, 2022, and January 13, 2023, Defendant disseminated two videos and twelve intimate images over 77 times through text messages and admitted to me that she was behind the campaign of harassment.

6. My complaint describes each of the images and videos in graphic detail. I can say that Collins is the only person I shared these images with and I never gave her my permission to reshare them with any third party.

7. My damages are numerous as Collin's sharing has devasted me and my family. As such, I am requesting that the court grant me statutory damages plus that Collins be required to pay my attorney fees and the costs of this case and enjoined from ever sharing my images again.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2023

*/s/ S.S.*

S. S.