UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| S. S., <br><br> Plaintiff, <br><br> v. <br><br> Dezarae Collins, <br><br> Defendant. | Case No. 2:23-cv-892 |

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Certification and Declaration submitted, and for good cause being shown,

IT IS on this _____ day of _____, 2024, ordered that Plaintiff's motion is granted and a default is entered against Defendant. This matter is set down for an inquest on damages on _____, 2024.

_____
Hon.