Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff S.S.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| S. S.,<br><br>        Plaintiff,<br><br>    v.<br><br>Dezarae Collins,<br><br>        Defendant. | Case No. 2:23-cv-892 |

**CERTIFICATE OF SERVICE**

I, DANIEL SZALKIEWICZ, HEREBY CERTIFY that on December 29, 2023, I served **NOTICE OF MOTION FOR DEFAULT JUDGMENT** and supporting papers on the Defendant via First Class Mail to Defendant's last known address:

Dezarae Collins
1930 Church St Ne
Salem, OR 97301-0478

Dated: December 29, 2023

By: */s/ Daniel S. Szalkiewicz*
