**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| S.S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEZARAE COLLINS,<br><br>　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 23-0892 (KMW-AMD)<br><br>**ORDER** |

**WILLIAMS, District Judge:**

**THIS MATTER** comes before the Court on a Motion for Default Judgment filed by Plaintiff S.S. ("Plaintiff") (ECF No. 15); and to date Defendant Dezarae Collins has not filed an appearance nor responded to the Complaint or the instant motion; and for the reasons set forth in the accompanying Opinion and for good cause shown;

**IT IS** this 31st day of July, 2024, hereby

**ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that the Court shall hold a hearing pursuant to Fed. R. Civ. P. 55(b)(2) on **Tuesday, August 13, 2024, at 9:30 A.M. in Camden – Courtroom 4A.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE