No. 97

**SUPREME COURT** - New York **COUNTY**

**TRIAL TERM. Part** 5

Dr. Spring Chenoa Cooper

AGAINST

Ryan Broems, Calidaddy26, Inriskwetrust, John Does 1-20

March 21, 2024

Calendar No. 2023L-01772

Index No. 153384/2018

I hereby Certify that this cause was tried before

Hon. Hasa A. Kingo, ~~without a Jury,~~ (and a Jury), on the 16th day of February 20 24, and a {decision / ~~verdict~~} rendered therin for the Plaintiff for the sum of Thirty million dollars and zero cents ($30,000,000.00) Pursuant to an order of Hon. Hasa A. Kingo, dated February 15, 2024, defendants Calidaddy26, Inriskwetrust, and John Does 1-100 were removed from the case and the caption was amended accordingly. See NYSCEF document number 180. The awarded sum to Plaintiff in the amount of $30,000,000.00 was as follows:

Conscious pain, suffering, emotional distress, and loss of enjoyment of life caused by the defendant from the time of the incident up to present = $5,000,000.00

Clerk

Conscious pain, suffering, emotional distress, and loss of enjoyment of life caused by the defendant from the time of the verdict to the time Plaintiff is expected to live = $5,000,000.00

Punitive damages against Defendant on the cause of action for violation of New York City Administrative Code § 10-180 (New York City's law against the dissemination of nonconsensual pornography = $5,000,000.00

Punitive damages against Defendant on the cause of action for the intentional infliction of emotional distress upon Plaintiff = $15,000,000.00

Grand total award = $30,000,000.00

Milton A. Tingling
Clerk