Case 1:23-cv-00892-KMW-AMD  Document 19-3  Filed 08/12/24  Page 1 of 3 PageID: 129

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK : CIVIL TERM  PART 4
 2   ---------------------------------------------X
     M.H.,
 3                            Plaintiff,

 4          – against –                    (VIA MS TEAMS)

 5   E.T. A/K/A E.M.,
                              Defendant.
 6   ---------------------------------------------X
     INDEX NO. 161144/20        60 Centre Street
 7                              New York, New York
                                September 13, 2022
 8

 9   BEFORE:

10          THE HON. FRANK P. NERVO, J.S.C.

11

12   APPEARANCES:

13

14   DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
     Attorneys for Plaintiff
15   23 West 73rd Street – Suite 102
     New York, New York  10023
16   BY: DANIEL SZALKIEWICZ, ESQ.

17

18

19

20

21              *         *         *

22

23

24                            JACK L. MORELLI
                              Senior Court Reporter
25
```

FILED: NEW YORK COUNTY CLERK 09/15/2022 03:46 PM INDEX NO. 161144/2020

NYSCEF DOC. NO. 50          Case 1:23-cv-00892-KMW-AMD   Document 19-3   Filed 08/12/24   Page 2 of 3 PageID: 130          RECEIVED NYSCEF: 09/15/2022

DECISION

1          THE COURT:  Any further evidence to be

2     presented?

3          MR. SZALKIEWICZ:  No, Your Honor, just Exhibits

4     1 through 13.

5          THE COURT:  All right.  The Court will of

6     course, having reviewed the documents, grant counsel

7     attorney's fees as requested.  The Court will take

8     judicial notice of the life expectancy data which has been

9     provided.  As I mentioned earlier, all the exhibits

10     previously submitted have been deemed and received and

11     marked in evidence.

12          The Court finds as follows after inquest:  With

13     respect to the plaintiff's request for damages, for

14     compensatory damages for emotional distress, the Court

15     awards the sum of $350,000.  With respect to past medical

16     expenses the amount requested is granted, $646.05.  With

17     respect to the future medical expenses the Court awards

18     $110,000.  With respect to punitive damages the Court

19     awards the amount requested of $750,000.  Regarding

20     attorney's fees the Court awards the amount of $25,000 as

21     requested.  The Court also awards expert fees in the

22     amount of ~~$1500~~ $850.00 as requested.

23          MR. SZALKIEWICZ:  Okay.  Your Honor, we should

HON. FRANK P. NERVO
J.S.C.

24     submit a proposed judgment to the Court or --

25          THE COURT:  Hold on one second, that's an

- J L M -

FILED: NEW YORK COUNTY CLERK 09/15/2022 03:46 PM INDEX NO. 161144/2020

NYSCEF DOC. NO. 30    Case 1:23-cv-00892-KMW-AMD   Document 19-3   Filed 08/12/24   Page 3 of 3 PageID: 131   RECEIVED NYSCEF: 09/15/2022

DECISION

1    administrative question I have to explore.

2              (Pause)

3              THE COURT:  Back on the record.  In addition to

4    the foregoing, the Court also will award plaintiff with

5    costs and disbursements as assessed by the clerk.

6              MR. SZALKIEWICZ:  And interest from today?

7              THE COURT:  And interest from -- you're given

8    interest from the date the matter was determined in your

9    client's favor.  You want from ~~day~~ today?  Fine.  Interest from

10   today's date, September 13, 2022.

11             MR. SZALKIEWICZ:  Thank you very much.

12             THE COURT:  Thank you very much.  Good luck

13   everybody.

14             MR. SZALKIEWICZ:  Thank you.  I appreciate it.

15             (Proceedings concluded)

16   CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT.

17

18   _____

19             JACK L. MORELLI, CM, CSR

20

21             SO ORDERED

22

23   HON. FRANK P. NERVO
                   J.S.C.
24   Dated: September 15, 2022

25

- J L M -