*Prepared by the Court*

| | |
|---|---|
| **S.A.**, <br><br> Plaintiffs, <br><br> vs <br><br> **TATE AUSTIN,** <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: CIVIL <br> ESSEX COUNTY <br> DOCKET NO.:  ESX-L-233-19 <br><br> Civil Action <br><br> **ORDER** |

**THE ABOVE MATTER** having come before The Court for a Proof Hearing, as the Defendant failed to appear for trial on January 26, 2024, and a Default having been entered against Defendant at that time, and a Proof Hearing having been heard on January 16, 2024, and Plaintiff having testified and offered into evidence credible testimony and proofs in this matter, and This Court having found that the Plaintiff has met the burden of proof, and having found that the 25% enhancement of the Plaintiff's Attorney's fee to be reasonable under the circumstances, as permitted by the Rules,

**IT IS ON** this 31st, day of January, 2024,

**ORDERED** that Judgement is entered in favor of the Plaintiff against the Defendant in the following amounts:

    **Count I** Violation of NJSA 2A:53D4
        1) Statutory Damages                                                $         2,000.00
        2) Punitive Damages                                                 $    500,000.00
        3) Attorneys Fees (having been found fair and reasonable)
                Fee                                                          $    101,700.00
                25% Enhancement                                      $      25,470.00
                Costs                                                       $        1,903.91

|  |  |  |
|---|---|---|
| **Count II** Intentional Infliction of Emotional Distress | $ | 500,000.00 |
| Loss of Future Earnings | $ | 3,297,531.00 |
| **Count III** Invasion of Privacy | $ | 500,000.00 |
|  | **TOTAL $:** | **4,928,559.91** |

**FURTHER ORDRED** that a copy of this Order shall be served upon all parties/counsel of record within seven (7) days of the date hereof, per the Rules of Court.

/S/Hon. Robert H. Gardner, J.S.C.
**HON. ROBERT. H. GARDNER J.S.C**