| | Caption | Year Awarded | Total Recovery | Verdict or Settlement | Causes of Action | Citation | Forum | Facts Summary | Emotional Distress Award | Punitive Damages Award | Misc. Damages Award | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | *Cooper v. Broems* | 2024 | $30m | Jury award in inquest on damages following default judgment | Revenge Porn | Index No. 153384/2018 (NY Sup. New York Cnty filed April 13, 2018) | New York | Exboyfriend posted nude images of Dr. Cooper on Tumblr and "doxxed" her, or publicly identified her as the woman in the images and videos, by posting her name, social media handles, contact information, and other identifying information along with the nonconsensual pornography. | 1) $5m for past pain, suffering, emotional distress, and loss of enjoyment of life; 2) $5m for future pain, suffering, emotional distress, and loss of enjoyment of life | $5m punitive for dissemination of nonconsensual pornography; $15m for IIED | | Cooper testified that she feared her professal reputation as an associate professor at CUNY would be destroyed. Fortunately, she remains employed and thriving professionally. Cooper also described the chronic and ongoing nature of revenge porn's injuries, where the images continued to crop up despite Dr. Cooper's considerable efforts to removal all the nonconsensual pornography. And to this day, she fears the judgment of colleagues. |
| 1 | *Carroll v. Trump* | 2024 | $83m | Jury award | Defamation & Sexual Assault | Carroll v. Trump, No. 22-cv-10016 (LAK), 2023 WL 4612082 (S.D.N.Y. July 19, 2023) | New York (SDNY) | Trump sexually assaulted E. Jean Carroll in a Berdorf Goodman dressingroom and later defamed her by publicly and widely labelling her a liar. | $7.3m for emotional distress | $65m punitive | $11m reputational damages | Sustainable value - denied new trial or a remittitur |
| 3 | *D.L. v Jackson* | 2023 | $1.2Billion | Jury award | | CAUSE NO. 202220061 (Harris County, Texas) | Texas | Jackson posted intimate images of P on Facebook, Twitter, Dropbox, Pornhub and sent links to P's friends, family and co-workers. Materials included D.L.'s legal name and her home address, after the pair broke up | $200m for past & future mental anguish | $1 Billion punitive | | |
| | *Villegas v City of Los Angeles & Reedy, individually* | 2020 | $1.5m | Settlement | | Villegas v. City of L.A., No. 21-56376, 2023 WL 3883664, 2023 U.S. App. LEXIS 14257 (9th Cir. June 8, 2023) | California | Female L.A. police detective was beaten by a male Senior Lead Officer and the Senior Lead Officer threatened to share sexually explicit images taken secretly if she attempted to end their extramarital relationship. Detective broke up with Lead Officer, who sent explicit photos to colleagues. Detective complained to employer, and Detective was transferred in retaliation for lodging the complaints | | | | 1) emotional distress -- out on medical leave due to stress 2) transferred from elite division to a lesser position |

| Case | Year | Award | Disposition | Causes of Action | Case No. | State | Facts | Compensatory | Other | Punitive/Fees | Harms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Jawad v Saba & Dickow* | 2020 | $500k | Default judgment and inquest in favor of Doe | IIED; Invasion of privacy; Extortion; Conspiracy | | Michigan | Extorted P, a famous singer in Iraq, with threats of releasing explicit sexual images and videos, released a portion of them. 276,000 people saw the video over 3 weeks | | | | 1) no longer able to perform on stage 2) humiliated 3) reclusive 4) anxious 5) depressed 6) crying spells 7) difficulty sleeping * sought tx for depression 8) had to delay wedding do to potential disgrace & the cost of litigation 9) D threatened to kill P, whose brother was murdered in 2006 |
| *Clark v Clark* | 2019 | $3.2m | Jury award | IIED; Revenge porn | 18-CVS-5727 | | P's exhusband and girlfriend impersonated P online (Facebook, Craigslist, Kik) and distributed intimate images of P; posted topless photo on Facebook | $450k for alienation of affection (girlfriend); $1m libel (girlfriend) | $500k for IIED (ex-husband); $500k IIED (girlfriend) | $250k punitive (ex-husband); $250k punitive (girlfriend) | 1) severe emotional distress - P testified at trial that she cried hysterically, hyperventilated, and sought counseling for ongoing anxiety (although she didn't attend for fear the treatment would negatively impact maintaining shared custody) |
| *Doe v Jones & Washington Nationals Baseball Club* | 2019 | $40.5k | Jury award against Jones only | Revenge porn (other causes of action vol dismissed) | Case No. 37-2017-00037099-CU-PO-CTL (Sup. Ct. CA, San Diego Cnty. Filed Sept. 29, 2017) | California | Jones sent P's nude photos to at leat 2 people | | | | 1) embarrased 2) humiliated 3) emotionally devastated 4) physical manifestations of emo distress, incl'ding vomiting at thought of D's actions 5) treatment |
| *Doe v Elam* | 2018 | $6,012,600 (plus $450,000 for copyright infringement) | Default judgment and inquest in favor of Doe | Revenge porn; Intrusion; IIED; NIED; Negligence | 2:14-cv-09788 | California | Exboyfriend engaged in revenge porn after relationship ended. D sent photos and videos to Doe's personal and professional acquaintances, posed as her online and invited men to send her sexual images of themselves and visit her home for sex. | $3m compensatory | $3m punitive | $12,600 attorneys' fees | |
| *Melgoza v Pompey* | 2018 | $5.15m | Jury award : found that D acted with malice & oppression | privacy; Concealed recording device; Revenge porn (Distribution of sexually explicit materials) | 16-cv-003617 | California | Exboyfriend had secretly recorded sexual intercourse with P and posted images taken therefrom on Facebook. D tagged P's profile to ensure that P's friends and family would see the images | $5m pain & suffering | | $150k punitive | When she saw the images, she began 1) shaking, felt numb and threw up; 2) suicidal on the day the images were posted; 3) still has crying spells, still has nightmares; 4) still embarrassed to see people whom she knows have seen the post. |

| Case | Year | Award | Type | Claim | Citation | State | Facts | Damages Breakdown | Adjusted | | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Terry Gene Bollea (Hulk Hogan) v Gawker* | 2016 | $140.1m | Jury award | IIED | 913 F. Supp. 2d 1325, 1327 (M.D. Fla. 2012) | Florida | Gawker (media company) posted online a video of Hogan engaging in sexual intercourse with a friend's wife | $115m for compensatory damages, of which $60m was specifically designated by jury as compensation for emotional distress due to the posting online of the video | $25.1m | | Sustainable value - trial judge refused to set aside verdict |