SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------x

KIMBERLEY FACEY,

    Plaintiff,

-against-

STACYANN THOMPSON,

-------------------------------------------------------------------x

Index No. 604703/2021

**NOTICE OF ENTRY OF JUDGMENT**

    **PLEASE TAKE NOTICE** that the attached is a true and correct copy of the Judgment entered in this action dated April 24, 2024, and filed in the office of the Clerk of the Court for the Supreme Court of New York, County of Nassau, on April 29, 2024.

Dated: April 29, 2024
       New York, New York

*[signature]*

Andrew M. Stengel, Esq.
Katherine E. Mayo, Esq.
The Law Firm of Andrew M. Stengel, P.C.
*Attorneys for Plaintiff*
11 Broadway, Suite 715
New York, NY 10004
Tel: (212) 634-9222
Fax: (212) 634-9223
andrew@stengellaw.com

To:    Garfield Heslop (via NYSCEF)
        Heslop & Dominique LLP
        147 Prince Street Suite 4-31
        Brooklyn, New York 11201
        *Attorneys for Defendant*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

PRESENT:

    **HON. FELICE J. MURACA, A.J.S.C.**    IAS/TRIAL PART 42

---

KIMBERLY FACEY,

                   Plaintiff,        **DECISION ON INQUEST**

  -against-                                Index No. 604703/2021

STACYANN THOMPSON,

                  Defendant.

---

    Plaintiff commenced this action to recover damages for a Violation of New York State's Revenge Porn Law codified in Civil Rights Law (NY Civ Rts) § 52-b. Defendant joined the action; however, her Answer was struck by Court Order entered on June 13, 2023. An inquest was commenced on April 1st, 2024. Both sides appeared for the inquest. Plaintiff and Dr. Geoffrey Walcott testified on Plaintiff's case-in-chief. Defendant testified on her direct case.

    The Court has considered all the arguments and evidence presented by both sides. The Court finds Plaintiff is entitled to judgment against the Defendant as follows:

**First Cause of Action:** NY Civ Rts § 52-b (Revenge Porn Law)

**Compensatory Damages** against Stacyann Thompson:

Past Pain & Suffering: **$1,000,000.00**

Future Pain & Suffering: **$500,000.00**; this amount is awarded to provide compensation for 10 years.

Punitive Damages: **$500,000.00**

Attorney's fees awarded: **$25,000.00**

**Permanent Injunction:**

    Plaintiff is awarded a permanent injunction prohibiting the disclosure, displaying, dissemination, publishing, uploading, posting of any and all intimate images of Plaintiff and Defendant is directed to immediately remove, delete, and take down any publication of any kind currently in existence, and is further directed to delete it from her phone(s), computer(s) servers and cloud or other storage devices.

Dated: April 24, 2024                ENTER:
       Mineola, NY

                                                                   HON. FELICE J. MURACA, A.J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------x

KIMBERLEY FACEY,

      Plaintiff,

-against-

STACYANN THOMPSON,
-----------------------------------------------------------------x

Index No. 604703/2021

================================================================

**JUDGMENT**

================================================================

*Attorneys for Plaintiff*
Andrew M. Stengel, Esq.
Katherine E. Mayo, Esq.
The Law Firm of Andrew M. Stengel, P.C.
11 Broadway, Suite 715
New York, NY 1004
Tel: (212) 634-9222
Fax: (212) 634-9223
andrew@stengellaw.com