UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** August 13, 2024

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**

**TITLE OF CASE AND DOCKET NUMBER:**

S.S. v. COLLINS
1:23-cv-892-KMW-AMD

**APPEARANCES:**

DANIEL SZALKIEWICZ, ESQ.- for Plaintiff

**NATURE OF PROCEEDING:**    Evidentiary Hearing

Evidentiary hearing pursuant to Fed. R. Civ. P. 55(b)(2) held on the record.
Ordered hearing sealed.
**[Sealed Portion of Hearing: 10:11 a.m. through 11:18 a.m.]**
S.S. sworn for the plaintiff.
█████████ sworn for the plaintiff.
█████████ sworn for the plaintiff.
Ordered decision re damages is RESERVED.
Ordered supplemental documentation to be submitted by defendant.
Order to be entered.

                                        DEPUTY CLERK: s/Nicole Ramos

TIME COMMENCED: 9:46 a.m. TIME ADJOURNED: 11:18 a.m. TOTAL TIME: 1 hr., 32 mins.