**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| S.S., <br><br> Plaintiff, <br><br> v. <br><br> DEZARAE COLLINS, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 23-0892 (KMW-AMD) <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of a hearing to determine the issue of damages following this Court's entry of default judgment in favor of Plaintiff S.S. ("Plaintiff") and against Defendant Dezarae Collins ("Defendant"); and the Court having considered the submissions of Plaintiff and heard the arguments of counsel during oral argument held on August 13, 2024; and the Court noting the appearance of counsel: Daniel Szalkiewicz, Esq., appearing on behalf of Plaintiff; and for the reasons set forth on the record and for good cause shown;

**IT IS** this 14th day of **August, 2024** hereby

**ORDERED** that the Court's finding on the issue of damages is **RESERVED**; and it is further

**ORDERED** that on or before **September 16, 2024**, Plaintiff shall supplement the record with his medical records and Defendant's employment records.

KAREN M. WILLIAMS
United States District Judge