# Daniel Szalkiewicz
# & Associates

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
lawdss.com

September 10, 2024

**Via ECF**
Hon. Karen M. Williams
United States District Court
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

*Re:*   ***S.S. v. Collins***
*United States District Court, District of New Jersey*
*Civ No. 23-0892*

Dear Judge Williams,

Our office represents the plaintiff, S.S. On August 14, 2024, this court issued an order requiring plaintiff to supplement the record with copies of his medical records and Defendant's employment records by September 16, 2024. I served a subpoena on Defendant's employer but have not received responsive documents. We are also in the process of gathering plaintiff's medical records and obtaining a report. It is respectfully requested that plaintiff have an additional 30 days to make the supplemental submission.

Thank you very much in advance.

Respectfully submitted,

*/s/Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.
***daniel@lawdss.com***

So Ordered this 11th day of September, 2024

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE