# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023  

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com  

October 28, 2024

**<u>Via ECF</u>**  
Hon. Karen M. Williams  
United States District Court  
Mitchell H. Cohen U.S. Courthouse  
4th & Cooper Streets  
Camden, New Jersey 08101

*Re:   S.S. v. Collins*  
*United States District Court, District of New Jersey*  
*Civ No. 23-0892*

Dear Judge Williams,

Our office represents the plaintiff, S.S. Pursuant to this court's order, enclosed please find:

1. Expert Report of Dr. Asia Eaton concerning plaintiff's injuries and victimology;
2. Dr. Eaton's invoice for services;
3. Report of Judyann McCarthy, MSW, LCSW, plaintiff's treating social worker, detailing the permanency of plaintiff's injuries; and
4. Documents from plaintiff's subpoena demonstrating Ms. Collins' rate of pay to be $30.88 an hour for an average yearly salary of $64,230.40 a year. It should be noted that Ms. Collins began her new employment in April 2024 and her currently salary is reflective of her starting role.

Thank you very much in advance.

Respectfully submitted,

/s/*Daniel Szalkiewicz*  
By: Daniel S. Szalkiewicz, Esq.  
**daniel@lawdss.com**

Daniel Szalkiewicz & Associates, P.C.