**EXPERT REPORT OF ASIA A. EATON, PH.D.**
**ASSOCIATE PROFESSOR OF PSYCHOLOGY**
**FLORIDA INTERNATIONAL UNIVERSITY**
**11200 S.W. 8TH STREET, DM 208**
**MIAMI, FLORIDA 33199**

**October 24, 2024**

## A.    INTRODUCTION

I am a tenured full Professor of Psychology at Florida International University (FIU) with research expertise in sexual violence, including digital sexual abuse and image-based sexual abuse. I am also an expert on the topics of discrimination, prejudice, and harassment at the intersection of gender, race, and other dimensions of social identity. I was retained by Daniel Szalkiewicz, Esq. to provide expert witness services in the case of S.S. vs. Dezarae Collins, being tried in the United States District Court, District of New Jersey.

I was asked to prepare this report to determine whether S.S. was a victim of image-based sexual abuse (IBSA), to provide background on the social and psychological nature of IBSA, to assess the extent to which S.S.'s personal experience with having his images shared matches the empirical evidence on the harms of IBSA, and to discuss how gender role norms can affect victim's experiences with sexual abuse. In the pages that follow, I discuss research on IBSA, including correlates of victimization and motives for perpetration, followed by my analysis of a semi-structured, one-on-one interview with S.S. about his experience of having his images shared, including his life before and after those incidents. As an expert in social identity and social prejudice, I also discuss the experience of masculine gender role norms in male sexual violence victimization, including S.S.' specific experience of victimization. In all matters, the information and analysis I provide is based in the social science literature on IBSA, on my expertise as the foremost psychological researcher of IBSA in the U.S. and Head of Research for the nonprofit Cyber Civil Rights Initiative, and as an internationally-recognized expert in identity-based discrimination and harassment.

## B. BACKGROUND INFORMATION ON IMAGE-BASED SEXUAL ABUSE

**1. Image-based sexual abuse is a form of sexual violence.** Colloquially known as "revenge porn," image-based sexual abuse is defined as the sharing (or threatening to share) of sexual or nude images or videos of another person without their consent, excluding commercially produced pornography.[1] Prior studies of the nonconsensual distribution of intimate images (previously known as "nonconsensual porn" in academic circles) have found that perpetrators may be distributing intimate images for profit, as attention-seeking behavior, or as a deliberately hostile act.[2]  This may include the actual distribution of nude or sexual images and videos (the nonconsensual distribution of intimate images, referred to as "NDII"), taking intimate images of the victim without their knowledge or consent (aka "upskirting" or "downblousing"), and the recording of sexual violence that is shared via text or online (aka "recorded sexual assault"). Another form of IBSA is sextortion, which occurs when the perpetrator uses the nude or intimate images or videos in an attempt to extort the victim for money, services, sexual favors, a new or

---

[1] McGlynn, C., Rackley, E., & Houghton, R. (2017). Beyond 'revenge porn': The continuum of image-based sexual abuse. *Feminist Legal Studies, 25,* 25–46.

[2] Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2017). *2017 nationwide online study of nonconsensual porn victimization and perpetration: A summary report.* Cyber Civil Rights Initiative. Retrieved from https://cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

continued relationship, and more.[3] IBSA also includes sexual images or videos created using artificial intelligence-based human synthesis technology, or sexualized "deepfakes."[4] Regardless of the specific form it takes, IBSA is considered a traumatic[5,6] and gendered[7,8] form of technology-facilitated sexual abuse. At present, 48 U.S. states, DC, and two territories now have laws criminalizing IBSA,[9] including New Jersey.

**2. The perpetration of IBSA is prevalent.** In my peer-reviewed, published study of 3,044 online U.S. adults (54% women), 1 in 12 (8%) reported having been victims of nonconsensual distribution of intimate images (NDII) at some point in their lives, and 1 in 20 (5%) reported having perpetrated NDII[10] When examining individuals who had ever been threatened *or* victimized with NDII, that number was even higher, at 1 in 8 (12.8%). This is consistent with research published in Australia, which found that nearly 1 in 10 Australians had a sexual or nude image of themselves distributed without consent.[11] As predicted based on sexual scripts, which describe norms for sexual interactions, and sexual double standards, which give men greater freedom to express their sexuality, women in our study reported higher rates of victimization by NDII (9.21%) than men (6.61%), and significantly lower rates of perpetration (3.29%) than men (7.26%). This is consistent with research in the U.K. which finds that women are more often victimized by NDII than men.[12]

**3. There are a variety of motivations behind IBSA perpetration.** Motivations for IBSA perpetration are vast. Of the 159 individuals in our U.S. study who reported having perpetrated NDII in our study (5.2% of the entire sample), the most commonly chosen reason for

[3] Eaton, A. A., Ramjee, D., & Saunders, J. F. (2022). The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence: A large study of victimization among diverse US men and women. *Victims & Offenders*. https://doi.org/10.1080/15564886.2021.2022057

[4] Fido, D., Rao, J., & Harper, C. A. (2022). Celebrity status, sex, and variation in psychopathy predicts judgements of and proclivity to generate and distribute deepfake pornography. *Computers in Human Behavior, 129*. https:// doi. org/ 10. 1016/j. chb. 2021.107141

[5] Bates, S. (2017). Revenge porn and mental health: A qualitative analysis of the mental health effects of revenge porn on female survivors. *Feminist Criminology, 12*(1), 22-42.

[6] Eaton, A. A., & McGlynn, C. (2020). The psychology of nonconsensual porn: Understanding and addressing a growing form of sexual violence. *Policy Insights from the Behavioral and Brain Sciences*. https://doi:10.1177/2372732220941534

[7] Ruvalcaba, Y., & Eaton, A. A. (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. https://doi.org/10.1037/vio0000233

[8] Bolt Burdon Kemp (2019). Revenge porn" ruins lives. Call it what it is: Sexual abuse. Retrieved from https://www.boltburdonkemp.co.uk/adult-abuse/revenge-porn-is-sexual-abuse/

[9] Cyber Civil Rights Initiative. (2022). 48 States + DC + Two Territories Now have Laws Against Nonconsensual Pornography. https://cybercivilrights.org/nonconsensual-pornography-laws/

[10] Ruvalcaba, Y., & Eaton, A. A. (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. https://doi.org/10.1037/vio0000233

[11] Henry, N., Powell, A., & Flynn, A. (2017). Not just 'revenge porn': Australians' experiences of image-based abuse. Retrieved from https:// www.rmit.edu.au/content/dam/rmit/Documents/college-of-design-andsocial-context/schools/g

[12] Sharratt, E. (2019). *Intimate image abuse in adults and under 18s.* Retrieved from https://swgfl.org.uk/assets/Documents/intimate-image-abuse-in-adults-and-under-18s.pdf

perpetration was just to share "with friends" without the intention "to hurt" the person.[13] Additional evidence reveals it is also common for a person's sext to be distributed without consent as a form of punishment or control by a partner or ex-partner. Indeed, published research examined the extent to which NDII in current or former intimate partner relationships was perpetrated as a form of abuse using a content analysis of 5 years of U.S. news stories on NDII.[14] This analysis established that NDII has been perpetrated using all eight of the abuse metatactics in the Power and Control Wheel, with the three most common being emotional abuse, coercion and threats, and denial/blame/minimization. Treating NDII in relationships as a form of intimate partner violence provides a basis on which to understand the etiology, manifestation, motives, and impact of this form of abuse.

**4. Regardless of the motivation, IBSA generally has a traumatic effect on its victims.** IBSA, including NDII, is widely understood to be traumatic for victims.[15] Those who have been victimized by NDII have worse mental and physical health than non-victims,[16] and report PTSD symptomology.[17] Recent research drawing on data from 75 interviews with IBSA victims finds that they experience social rupture, constancy (i.e., "a level of permanence which affects everything"), existential threat, isolation, and constrained liberty.[18] While women are more often victims of NDII, the harm done to men victims is especially likely to be minimized and denied by the victim's social circle, health providers, and law enforcement.[19]

**5. IBSA can cause substantial harm to the victim even if it is not widely disseminated or disseminated to known others.** Having IBSA disseminated directly to a victim's employer or place of work, family and friends, school, and other personal social circles has caused individuals to leave or be dismissed from their jobs, and to permanently lose close relationships.[20] Having IBSA disseminated to large numbers of strangers has caused individuals to change their names and residences.[21] However, even dissemination that is not as wide or personal can be devastating to victims because of the threat that these images may still be disseminated to these viewers. Specifically, the threat of the abuse re-emerging causes constant

---

[13] Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2017). *2017 nationwide online study of nonconsensual porn victimization and perpetration: A summary report.* Cyber Civil Rights Initiative. Retrieved from https://cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

[14] Eaton, A. A., Noori, S., Bonomi, A., Stephens, D., & Gillum, T. (2020). Nonconsensual porn as a form of intimate partner violence: Using the Power and Control Wheel to understand nonconsensual porn perpetration in intimate relationships. *Trauma, Violence, & Abuse.* https://doi.org/10.1177/1524838020906533

[15] Powell, A., & Henry, N. (2019). Technology-facilitated sexual violence victimization: Results from an online survey of Australian adults. *Journal of Interpersonal Violence*, *34*(17), 3637-3665.

[16] Ruvalcaba, Y., & Eaton, A. A. (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence.* https://doi.org/10.1037/vio0000233

[17] Bates, S. (2017). Revenge porn and mental health: A qualitative analysis of the mental health effects of revenge porn on female survivors. *Feminist Criminology, 12*(1), 22-42.

[18] McGlynn, C. et al. (2020). 'It's torture for the soul': The harms of image-based sexual abuse. https://doi.org/10.1177/0964663920947791

[19] Miller, A., Eaton, A. A., et al. (under review). Circumstances and Experiences of Men's IBSA Victimization.

[20] Barnum, M. C. (2016, January 3). *I was the victim of revenge porn – And forced to quit my job.* https://everydayfeminism.com/2016/01/i-was-victim-of-revenge-porn/

[21] Miller, M. E. (2013). Miami student Holly Jacobs fights revenge porn. Retrieved from https://www.miaminewtimes.com/news/miami-student-holly-jacobs-fights-revenge-porn-6392040

apprehension across time and space for victims.[22] As one victim reported "[It's] having this continuing threat that the images could be re-shared, or re-emerge online, that new people could see these intimate images. ... And I think it's the unknowing; that not knowing aspect that you have to deal with every day."[23] This causes victims to be hyper-vigilant in online and offline interactions, overanalyzing social interactions, checking the internet and their social media obsessively, etc.

6. **Sexual violence against men can involve minimization and denial of harms that has a compounding effect on the trauma of victimization.** Sexual violence such as IBSA is often wielded as a tool of power and reinforced by traditional gender roles. As such, it impacts people of *all* genders- not just women and girls. Prevailing heteronormative standards, however, have led to a significant gap in our understanding of men's experiences of IBSA victimization. Early research (including work under review by the author of this report) finds that men's experiences with IBSA victimization are especially likely to be minimized and denied[24] because they are expected to be immune to sexual violence due to the stereotype that they are strong, dominant, and invulnerable.[25] Men IBSA survivors' stories illustrate how gendered narratives minimized victimization experiences that deviated from stereotypical views of sexual violence, making it harder for them to speak out and get support. This is consistent with research on other forms of sexual violence against men, such as rape and sexual coercion.[26,27]

## C. METHODOLOGY

On October 14, 2024, I conducted a one-on-one interview with S.S. to more deeply understand his functioning before and after the incidents of NDII. Non-leading, semi-structured questions for the interview were developed using (a) interview materials from McGlynn and colleagues[28] (b) best practices in qualitative interviewing on sensitive and traumatic topics,[29, 30] and (c) my own expertise on the nature and consequences of image-based sexual abuse for victims.

After the interview, I compared the data from the present case with the social science literature on IBSA cited in this report. I have previously analyzed, written about, and presented copiously

---

[22] McGlynn, C., et al. (2020). 'It's torture for the soul': The harms of image-based sexual abuse. https://doi.org/10.1177/0964663920947791

[23] Ibid

[24] Miller, A., Eaton, A. A., et al. (under review). Circumstances and Experiences of Men's IBSA Victimization.

[25] Stephens, D. P., & Eaton, A. A. (2014). The influence of masculinity scripts on heterosexual hispanic college Men's perceptions of female-initiated sexual coercion. *Psychology of Men & Masculinity, 15*(4), 387-396. https://doi.org/10.1037/a0034639

[26] Javaid, A. (2018). Male rape, masculinities, and sexualities: Understanding, policing, and deconstructing male rape. *International Journal for Crime, Justice and Social Democracy, 7*(1), 28-43. DOI:10.5204/ijcjsd.v7i1.388

[27] Stemple, L., & Meyer, I. H. (2014). The sexual victimization of men in America: new data challenge old assumptions. *American journal of public health*, *104*(6), e19–e26. https://doi.org/10.2105/AJPH.2014.301946

[28] McGlynn, C. et al. (2020). 'It's torture for the soul': The harms of image-based sexual abuse. https://doi.org/10.1177/0964663920947791

[29] Isobel, S. (2021). Trauma-informed qualitative research: Some methodological and practical considerations. *Int J Mental Health Nurs,* 30, 1456-1469. https://doi.org/10.1111/inm.12914

[30] Namakula, S., Nabachwa, A. G., Carlson, C., Namy, S., Nkwanzi, V., Ng, L., & Galaway, K. (2021). Trauma-Informed Phone Interviews: Learning from the COVID-19 Quarantine. Best Practice in Mental Health, 17(1), 18–27.

on the issue of IBSA, including NDII. In my review, I assumed that the facts alleged in the complaint were true, and that the deposition testimony I read was true and accurate. My analysis of the documents in the case, preparing and conducting the interview, and writing the present summary took me a total of 6 hours.

## D. DOCUMENTS REVIEWED

In connection with this report, I reviewed and relied on the following documents in no particular order:

1. Interview between Plaintiff and Dr. Eaton
2. Report of Judyann McCarthy Counseling Services, LLC, dated October 8, 2024

## E. BACKGROUND INFORMATION ON CASE

### 1. S.S. pre-victimization

The first portion of the interview I conducted focused on S.S.'s life before becoming a victim of IBSA. In particular, I focused on the year before S.S. learned his intimate images had been mailed to his home address (i.e., the first time he was victimized by IBSA). S.S. described his time in 2019 as being "highly social"; he was "playing a lot of dungeons and dragons with friends." He had just gotten divorced from his ex-wife and was "going out, having fun, didn't have too many worries." He specifically noted that he could "hang out with my friends and family and be present the whole time."

S.S. described his mental state in 2019 as positive. He was not seeing a therapist, and was finding purpose in his job as a service manager of an HVAC cleaning company. "I enjoyed it, I enjoyed the responsibility." He said he rose in management quickly and enjoyed training people. He also noted that his "physical health in 2019 was perfect. I don't think I was even sick once." He explained that he was naturally a fast-paced guy at the time, and that his exercise was work, "sweating around crawling in attics."

### 2. Learning of the images

In 2020, upon finding out that his intimate image was mailed to his family home, S.S.'s social, mental, and physical health began to deteriorate. He described embarrassment upon having to report the image to law enforcement, and further stress when the police said "they can't do anything" because the mailing "had no return address, was not signed, and did not contain demands." However, he knew exactly who the image was from, as he knew (a) who he originally sent the image to, (b) whose stationary it was on, and (c) that it was stamped as being sent from the defendant's residence in Portland Oregon. "That was the second time I applied for a restraining order" he noted. His first attempt at getting a restraining order against the defendant was years earlier, in 2015. "In 2015 she was calling my chain of command at the Marine Corps and I applied then. She was harassing me day in and day out, making new phone numbers, harassing my mom and sister, my older brother, she would call me all hours of the night. I wasn't getting any sleep. I tried to hang myself in the bathroom and the belt broke, and my buddy came and said I'm going to get you a lawyer and a restraining order." Unfortunately, S.S's second attempt to secure a restraining order in light of his IBSA victimization also failed.

In 2022, S.S. was again victimized by IBSA at the hands of the defendant, this time through digital dissemination to every significant person in his social circle. The defendant started sending NDII, including videos and photos, to S.S.'s family members, his wife's family, and his friends. The breadth of these NDII attacks, and their consistency, is among the most severe the author of this report has heard of. She "made Craig's List ads with my birthday, a picture of me with my face, my whole body and penis out, cropped on top was "missing narcissist," with my military ID number and old phone number… She made a Facebook account of me, without nude photos. Then an Instagram account with nude photos. After that she was sending friend requests to people." This went on for months.

### 3. Conduct post-loss

Following his awareness of the image-based abuse, S.S.'s life "fell apart" and remains fragmented to this day. First, his social life changed dramatically. "There are so many people I avoid hanging out with. They can't look at me the same. I can't go to most parties if it's a family event for the same reason. My sister- I can hardly ever see her. I don't hang out with my parents anymore.  Eventually the conversation always creeps its way back to the abuse. Sometimes my mom still gets calls or texts- but we can't prove it or enforce it because its across state lines. I can't look my sister in the eyes anymore. I have to not think about it for weeks before we hang out." S. S. had to leave multiple Dungeons and Dragons groups "because the group I was playing with all got images of me so I had to leave the group so I didn't have to have those conversations anymore. We played the same game every Sunday for 5 years and I had to cut it off because it was awkward." Moreover, S.S. states "I didn't just isolate then-I'm isolated now. I have only three friends from 'before'- my best friend since middle school, my best friend in the marine corps, and one of my best friends from high school. I had tons of friends- we were a giant group and we were all friends. I can't talk to any of them anymore."

S.S. also reported that his work life changed for the worse. "I was working at a cell phone tower company and some of the guys would joke about it. They didn't understand the situation. I could have buried my head, but there were a couple times where if I tried to hang out with them it would eventually revolve back around to her… They would comment they "can never get a hold of Steve because he's turning off his phone because he's driving women crazy." This last comment speaks to the harms that S.S. suffered as a result of being a male victim of sexual abuse. Not only was his harassment minimized by the legal system, where he was repeatedly denied his petitions for restraining orders, but his colleagues framed his abuse as a supposed demonstration of his sexual prowess and dominance, rather than as violence against him.

As a result of repeated harassment and abuse, S.S. has also had to leave the online sphere, where so much social, educational, and business opportunity now takes place. He stated that he does not have a real Facebook account anymore "because if she finds me again then any friends that I have will get the image." He doesn't have a "real email", doesn't have Instagram or Snapchat, and his phone number "is from a small town in Montana." Beyond worrying about his own abuse, he is also tortured by the possibility of his (now) small network of loved ones becoming targets of the defendant's abuse. Having to flee the online sphere is a common consequence of IBSA,[31] and severely restricts a person's civil liberties.

---

[31] Jurasz, Olga (2024). *Online violence against women: A Four Nations study.* The Open

Finally, S.S. has had to undergo treatment by mental health professionals to cope with his IBSA victimization and the related forms of intimate violence from the defendant. In fact, he has had two therapists- each to help him with different parts of the stress. The first one supported him when all of the images were "at their worst." At that time he reported being "angry pretty much all of the time" and having trouble eating, sleeping, and concentrating. His current therapist is helping him through complex trauma of the long-term repercussions of IBSA, including the ways it continues to affect his current marriage. As S.S. explained, "the only fights we [he and his wife] ever actually had were about it [the IBSA]."

## F. OPINIONS

### 1. The facts of this case demonstrate that S.S. is a victim of IBSA.

As stated repeatedly by S.S. he did not consent to have his images distributed outside the context of his intimate relationship with the defendant. He did not consent voluntarily to their distribution, violating the basic psychological principles of consent.[32] Sexual consent is defined as "*an affirmative agreement…an enthusiastic, clearly communicated and ongoing yes. One can't rely on past sexual interactions, and should never assume consent*".[33] Modern scientific understandings of sexual consent also describe it highly contextual (e.g., bound and defined by time, parties involved, nature of action, etc.).[34] As stated by RAINN, the largest anti-sexual violence organization in the U.S., "consenting to one activity, one time, does not mean someone gives consent for other activities or for the same activity on other occasions."[35] In the case of S.S., this means that even his consenting to have specific intimate images distributed to specific parties at a specific time in the past does not indicate his consent for additional or further distribution of intimate images.

While popular press often highlights and portrays NDII as occurring between intimate partners for the purpose of revenge (aka "revenge porn"),[36] it has been and can be perpetrated by family members, strangers, friends, coworkers, acquaintances, and others,[37] for a wide variety of

---

University. https://oro.open.ac.uk/96398
[32] Bohns, V. K. (2022). Toward a Psychology of Consent. *Perspectives on Psychological Science*, *17*(4), 1093–1100. https://doi.org/10.1177/17456916211040807
[33] NSVRC (2015). *National Sexual Violence Resource Center.* Available at: https://www.nsvrc.org/sites/default/files/publications_nsvrc_factsheet_media-packet_campus-sexual-assault.pdf
[34] Muehlenhard, C. L., Humphreys, T. P., Jozkowski, K. N., & Peterson, Z. D. (2016). The Complexities of Sexual Consent Among College Students: A Conceptual and Empirical Review. *Journal of Sex Research*, *53*(4-5), 457–487. https://doi.org/10.1080/00224499.2016.1146651
[35] RAINN (2022). *What Consent Looks Like*. https://www.rainn.org/articles/what-is-consent
[36] McGlynn, C., Rackley, E., & Houghton, R. (2017). Beyond "revenge porn": The continuum of image-based sexual abuse. *Feminist Legal Studies, 25*(1), 25–46.
[37] Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2017). *2017 nationwide online study of nonconsensual porn victimization and perpetration: A summary report.* Cyber Civil Rights Initiative. Retrieved from https://cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

reasons, from upvotes and likes to personal sexual gratification.[38],[39] The defining feature of NDII is not the relationship between victims, the means of dissemination, the number or nature of images, or the motivations for perpetration– all of which can vary widely.[40] Instead, the defining feature use the lack of consent for distribution of intimate images on the part of the victim depicted.[41] In this case, S.S. did not consent to have his intimate images distributed. As such, his case meets the standards for classification as image-based sexual abuse without reservation.

## 2. The facts of this case are consistent with research demonstrating lasting, recurring, and severe harms of IBSA for victims.

The summary that follows is my specific analysis of the exhibits and petitions in the case of S.S. vs. the defendant as a psychological scientist with expertise in digital sexual communications and abuse, including image-based sexual abuse.[42] The consequences of IBSA have been found to have devastating, recurring, and lifelong for victims. IBSA can be emotionally, socially, economically, and physically traumatic for victims.[43],[44] Although not causal proof, IBSA victims have worse mental and physical health than nonvictims,[45] and report post-traumatic stress disorder (PTSD) symptomology.[46] Victims also report feeling distant and cut off from others as a result of their victimization.[47]  Recent qualitative, phenomenological, research with 75 victims finds that harms of image-based sexual abuse go beyond medicalized descriptions and understandings to affect victims in ways that holistically change their functioning and identities.[48] Specifically, victims report experiencing social rupture, constancy, existential threat, isolation, and constrained liberty. In my interview with S.S. he spontaneously articulated 4 of these 5 themes in his experience through open-ended, non-leading questions about his life before and after the victimization.

---

[38] Henry, N., & Flynn, A. (2019). Image-based sexual abuse. Online distribution channels and illicit communities of support. *Violence Against Women*. doi:10.1177/1077801219863881

[39] Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2017). *2017 nationwide online study of nonconsensual porn victimization and perpetration: A summary report.* Cyber Civil Rights Initiative. Retrieved from https://cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

[40] Henry, N., McGlynn, C., Flynn, A., Johnson, K., Powell, A., & Scott, A. (2020). Image-Based Sexual Abuse: A study on the causes and consequences of non-consensual nude or sexual imagery. Routledge.

[41] Citron, D. K., & Franks, M. A. (2014). Criminalizing revenge porn. *Wake Forest Law Review, 49,* 345-391.

[42] McGlynn, C., Rackley, E. & Houghton, R. (2017). Beyond 'revenge porn': The continuum of image-based sexual abuse. *Feminist Legal Studies, 25*(1), 25-46.

[43] Backe, E. L., Lilleston, P., & McCleary-Sills, J. (2018). Networked individuals, gendered violence: A literature review of cyber-violence. Violence and Gender, 5(3), 135–146. https://doi.org.10.1089/vio.2017.0056

[44] Powell, A., & Henry, N. (2019). Technology-facilitated sexual violence victimization: Results from an online survey of Australian adults. *Journal of Interpersonal Violence*, *34*(17), 3637-3665.

[45] Ruvalcaba, Y., & Eaton, A. A. (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. https://doi.org/10.1037/vio0000233

[46] Bates, S. (2017). Revenge porn and mental health: A qualitative analysis of the mental health effects of revenge porn on female survivors. *Feminist Criminology, 12*(1), 22-42.

[47] Short, E., Brown, A., Pitchford, M., & Barnes, J. (2017). Revenge porn: Findings from the harassment and revenge porn (HARP) survey—Preliminary results. *Annual Review of Cyber Therapy and Telemedicine*, 15, 161–166.

[48] McGlynn, C. et al. (2020). 'It's torture for the soul': The harms of image-based sexual abuse. https://doi.org/10.1177/0964663920947791

**a. Social Rupture.** Social rupture involves the radical alteration of one's social life and identity, including across public and private, digital and non-digital, and personal and professional realms. Victims describe the experience as embodied and interlocking, related to physical well-being and appearance as well as to their intersecting forms of identity- gender, race, age, etc. Victims report feeling of disgust, degradation, contamination, and shame that affects the nature of their socialization with others and views of themselves. S.S. described social rupture in that his world beliefs shifted as the result of his abuse; he came to understand the world as more dangerous-both for himself and those associated with him.

**b. Constancy.** Constancy can be described as the inability for victims to escape their abuse, which is highly prevalent within the context of image-based sexual violence. It is ever present, all the time. The uncontrollable fluidity of digital spaces renders it impossible for victims to ever fully remove images of themselves from virtual platforms. This pervasive unmanageability makes possible for repeat offenses of image-based sexual abuse, thereby subjecting survivors to endless reoccurrences of injustice. The constant threat of victims' photos being (re)discovered and (re)distributed corners survivors into a state of constant fear, anxiety, and distress, and can require lifelong treatment as revictimization occurs. In many cases, the endless repeatability of abuse plagues victims with residual physiological and emotional detriments. S.S. explained that he has had to undergo repeated and ongoing psychological treatment to deal with prolonged and complex trauma from the IBSA victimization, and that he "can't take my mind off of the fact that I'm sitting in front of someone who has seen me masturbating. I hate knowing that certain people in my life had that. If it was acquaintances or strangers I could just drop them from my life, but this was my father, my sister, my aunts, my uncles, my best friends, my wife's family, my mother."

**c. Constrained Liberty.** Constrained liberty ensues in response to victims' inability to escape the ubiquitous threat of persistent sexual violence. The constant possibility of recurring abuse can lead victims to lose confidence in their overall safety. The jeopardy victims endure is exacerbated by a culture that provides little protection to victims of sexual violence. Such lingering, unavoidable hazards of abuse encourage victims to adopt a hostile, small and restrictive view of the world. This lack of safety further threatens victim-survivors' ability to occupy space, whether that space be physical, social, or otherwise. This reduced space for action results in diminished senses of freedom, liberty and societal relevance for victims. S.S. described constrained liberty when he expressed not being able to have a genuine online presence.

**d. Isolation.** Victims of image-based abuse frequently experience isolation from loved ones, the online world, and society in general. Often this is due to a profound breach of trust, both in relation to the abuser and others. Many victims withdraw from their social lives and relationships to reduce the need for social vigilance, the likelihood of negative reactions from others, and the ongoing sense of distrust and potential for re-traumatization. S.S. described himself as being highly isolated due to the abuse, including having to abandon work relationships, group social events, and friends. He also stopped communicating with and visiting family members as a result of the abuse, and experienced conflict with his current wife.

**3. The facts of this case are consistent with S.S. experiencing increased distress as a result of being a male victim of IBSA.** S.S.'s experience as a target of sexist beliefs about sexual

violence likely resulted in amplified and elongated trauma relative to not experiencing this additional form of bias.[49] Men are socialized to believe that they should be strong, in control, and capable of defending themselves from harm. When they are victims of sexual violence, it contradicts this deeply ingrained image of masculinity. This can lead to feelings of shame, guilt, and self-blame, as male survivors may believe they failed to "protect themselves" or live up to societal expectations of strength. Moreover, it can lead to shaming and minimization from others. S.S. explained that he believes his first restraining order against the defendant failed for exactly this reason. "The restraining order failed because the cops on a military base are barely real cops and had no idea what to do. "You're a big bad marine, why are you letting a little girl bully you like this"? They were condescending, they didn't understand the situation and would never take it seriously. I was a tanker who had been deployed letting a girl 2 years younger than me, only 5 foot tall, bully me around. It's hard to explain."

## G. QUALIFICATIONS

1. As stated above, I am a tenured full Professor of Psychology at Florida International University (FIU) with research expertise in intimate partner violence, including technology-facilitated sexual abuse and IBSA. I have over 60 publications, and have published multiple empirical papers on IBSA victimization and perpetration in the U.S. For my contributions to psychology, I have received several national awards, including (in the last 5 years) the Distinguished Service to SPSSI Award (2024), the SSN Media Fellowship (2023), SPW's Strickland-Daniel Mentoring Award (2022), the Emerging Leadership Award from the Committee for Women in Psychology (2019), and SPSSI's Outstanding Teaching and Mentoring Award (2019). I am also a Fellow of the American Psychological Association in Divisions 9 (SPSSI) and 35 (SPW). A copy of my Curriculum Vitae is attached to this report.

2. My expertise on IBSA has been sought after by The White House, Google, Facebook Headquarters, the Korean Ministry of Gender Equality and Family, the U.S. Marine Corps Headquarters, the International Association of Chiefs of Police, and law enforcement agencies and universities around the nation. My research on IBSA has been funded by the National Science Foundation (NSF). My research is featured in local and national news outlets (e.g., New York Times, Forbes, Science Magazine, Teen Vogue, BBC News), and I regularly serve as a guest speaker on South Florida's PBS and NPR stations.

3. Since 2016 I have served as Head of Research for Cyber Civil Rights Initiative (CCRI), which is working to understand and end the epidemic of IBSA in the U.S. My research and advocacy efforts on NCP resulted in a policy change in the state of Florida in 2019. Specifically, I worked with CCRI to successfully amend the state's cybersexual harassment law to include any and all electronic means of nonconsensual dissemination of intimate images.

## H. PUBLICATIONS AND TRAINING/PRESENTATION MATERIALS

---

[49] Stemple, L., & Meyer, I. H. (2014). The sexual victimization of men in America: new data challenge old assumptions. *American journal of public health*, *104*(6), e19–e26. https://doi.org/10.2105/AJPH.2014.301946

1. I have written the following 8 peer-reviewed publications about IBSA, with several more currently being revised for publication and under review. The remainder of the 65 publications I have authored are listed on my CV, attached as Ex. A.

1.a. Spiker, R., Eaton, A. A., & Saunders, J. (in press). Victimization by Nonconsensual Distribution of Intimate Images is Related to Lower Holistic Well-Being in a Diverse Sample of U.S. Adults During the COVID-19 Pandemic. *Violence and Victims.*

1.b. Siegel, J., Miller, A., Krieger, M., & Eaton, A. A. (2024). "Anything I could do to not have it paralyze me was welcome": Coping strategies employed by survivors of image-based sexual abuse. *Psychology of Violence.*

1.c. Eaton, A. A., Krieger, M., Siegel, J., & Miller, A. (2024). Victim-survivors' proposed solutions to addressing image-based sexual abuse in the U.S.: Legal, corporate, educational, technological, and cultural approaches. *Analyses of Social Issues and Public Policy.* https://doi.org/10.1111/asap.12395

1.d. Eaton, A. A., Ramjee, D., & Saunders, J. F. (2022). The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence: A large study of victimization among diverse U.S men and women. *Victims & Offenders.* https://doi.org/10.1080/15564886.2021.2022057

1.e. Eaton, A. A., & McGlynn, C. (2020). The psychology of nonconsensual porn: Understanding and addressing a growing form of sexual violence. *Policy Insights from the Behavioral and Brain Sciences*. doi:10.1177/2372732220941534

1.f. Eaton, A. A., Noori, S., Bonomi, A., Stephens, D., & Gillum, T. (2020). Nonconsensual porn as a form of intimate partner violence: Using the Power and Control Wheel to understand nonconsensual porn perpetration in intimate relationships. *Trauma, Violence, & Abuse*. https://doi.org/10.1177/1524838020906533

1.g. Ruvalcaba, Y., & Eaton, A. A. (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. doi:10.1037/vio0000233

1.h. Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2017). 2017 Nationwide online study of nonconsensual porn victimization and perpetration: A summary report. *Cyber Civil Rights Initiative*. Retrieved from https://www.cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

2. I have given the following 29 peer-reviewed conference presentations and invited presentations on IBSA. The remainder of the 200+ presentations I have authored, including presentations on other forms of intimate partner violence and sexual violence, are listed on my CV, attached as Ex. A.

2.a. Dours, N. O. & Eaton, A. A. (2024, June). *Using Routine Activity Theory to Predict Technology Facilitated-Violence Among U.S. Adults During COVID-19.* Talk presented at the annual Society for the Psychological Study of Social Issues (SPSSI) Conference, Philadelphia, PA.

2.b. Spiker, R., Morehead, M., & Eaton, A. A. *Technology-facilitated violence education in online collegiate sexual assault prevention programs.* (2024, June). Oral presentation given at the Society for the Psychological Study of Social Issues Conference, Philadelphia, PA.

2.c. Eaton, A. A. (2024, April). *Violence Is Never the Answer: Addressing the Rise of Physical and Virtual Violence.* Invited participant on panel. Conference on World Affairs. Boulder, Colorado.

2.d. Eaton, A. A. (2024, April). *White House workshop on data access for researchers and TF-GBV on the margins of the US-EU Trade and Technology Council (TTC).* Invited participant in workshop panel. Brussels, Belgium.

2.e. Eaton, A. A. (2023, September). *Academic experts in IBSA.* Panelist on international Google/RMIT workshop panel, Google Headquarters, Paris, France.

2.f. Krieger, M., Eaton, A. A., Miller, A., & Siegel, J. (2023, March). *Victims' suggestions for structural solutions to IBSA.* In Eaton, A.A, Recent advances in image-based sexual abuse: Consequences, Coping Strategies, and Solutions. Oral presentation given at the annual Association for Women in Psychology (AWP) Conference in Atlanta, Georgia.

2.g. Siegel, J., Miller, A., Krieger, M., & Eaton, A. A. (2023, March). *Coping with image-based sexual abuse. In Eaton, A.A, Recent advances in image-based sexual abuse: Consequences, Coping Strategies, and Solutions.* Oral presentation given at the annual Association for Women in Psychology (AWP) Conference in Atlanta, Georgia.

2.h. Spiker, R., Eaton, A. A., & Saunders, J. (2022, June). *Correlates of image-based sexual abuse victimization during COVID-19 in U.S. adults.* Poster presented at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.

2.i. Eaton, A. A. (2022, April). *Sextortion and online sexual violence.* Invited panelist at international forum on technology-facilitated sexual violence for Les 3 Sex (Virtual).

2.j. Eaton, A. A., Ramjee, D., & Saunders, J. (2022, March). *The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence in the U.S.* Talk given at Academy of Criminal Justice Sciences Annual Meeting, Las Vegas, NV.

2.k. Eaton, A. A. (2022, February). *Technology-facilitated sexual violence in the U.S.: Risk and protective factors for diverse adults.* Invited talk given at Psychology Colloquium Series at Western University (London, Canada), Fully virtual.

2.l. Eaton, A. A. (2022, February). *The relationship between cyber sexual abuse during COVID-19 and intimate partner violence: A large, representative study of victimization among diverse U.S. men and women*. Invited talk given at the SPSP Gender Preconference in San Francisco, CA.

2.m. Eaton, A. A. (2021, October). *National Forum for the Prevention of Cyber Sexual Abuse*. Invited panelist at national forum on cyber abuse at Tufts University (Virtual).

2.n. Eaton, A. A. (2021, June). *Virtual NCII Summit*. Invited participant at Facebook's international virtual summit on nonconsensually-shared intimate images (Virtual).

2.o. Morehead, M., & Eaton, A. A. (2021, March). The prevalence of cyber sexual abuse in intimate relationships among college-aged individuals during COVID-19. Talk given at the 2021 NASPA Virtual Conference.

2.p. Eaton, A. A. (2019, November). *Understanding the scope and nature of nonconsensual porn in the U.S.: An emerging form of digital sexual violence*. Invited presenter at conference to be held by Women's Human Rights Institute of Korea, the Ministry of Gender and Family in Korea, Seoul, Republic of Korea.

2.q. Eaton, A. A., (2019, October). *Responding to the growing challenge of online harassment.* Invited panelist in interactive panel held at the International Association of Chiefs of Police (IACP) annual conference, Chicago, Il.

2.r. Eaton, A. A. (2019, September). *Concept Hack on building effective response systems*. Invited consultation at Facebook's Menlo Park Headquarters, Menlo Park, CA.

2.s. Noori, S., Eaton, A. A., Bonomi, A., Stephens, D., & Gillum, T. (2019, June). *Themes of intimate partner violence in cases of nonconsensual pornography.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

2.t. Eaton, A. A. (2019, March). *The "revenge porn" epidemic: Understanding the scope and nature of nonconsensual porn in the U.S*. Invited talk given in the University Forum Lecture Series at University of Nevada Las Vegas, Las Vegas, NV.

2.u. Ruvalcaba, Y., & Eaton, A. A. (2018, August). *Nonconsensual porn: Perpetration, victimization, and health correlates of victimization.* Poster presented at the annual meeting of the American Psychological Association (SPW, APA Div. 35), San Francisco, CA.

2.v. Eaton, A. A., Jacobs, H., & Ruvalcaba, Y. (2018, July). Amending Florida law, bringing justice for victims of nonconsensual porn. In R. Wiener & S. Mancoll (Chairs)*, Influencing policy at the local and state levels using research*. Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

2.w. Ruvalcaba, Y., Eaton, A. A., & Jacobs, H. (2018, July). *Help-seeking and victim blame experiences among victims of nonconsensual porn.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

2.x. Eaton, A. A., Bonomi, A., Stephens, D., & Gillum, T. (2017, September). *Violence gone viral: How men are using communication technology to perpetrate violence against women.* Innovative/promising practice program report given at the National Conference on Health and Domestic Violence, San Francisco, CA.

2.y. Eaton, A. A. (2018, August). *Quantitative research on perpetrator motives and frameworks for understanding causes and consequences of NCII.* Invited presenter at Facebook's Menlo Park Headquarters, Menlo Park, CA.

2.z. Eaton, A. A. (2018, August). *Combatting the non-consensual sharing of intimate images.* Invited panelist at Facebook's Menlo Park Headquarters, Menlo Park, CA.

2.aa. Eaton, A. A. (2018, May). *Nonconsensual porn on campus: The scope of the problem and what universities can do to address it.* Talk given at Point Park University, Pittsburgh, PA.

2.bb. Eaton, A. A. (2017, October). *Adult and workplace cyber harassment & cyberstalking.* Invited presentation given at the Broward County Crime Commission's Psychology of Cybercrime Conference, Deerfield Beach, FL.

2.cc. Eaton, A. A. (2017, April). *The psychology of non-consensual porn: An emerging form of sexual misconduct.* Invited presentation at the Social Media Misconduct Symposium 2017 for the Marine Corps' Sexual Assault Response and Prevention Program, at the Marine Corp Headquarters, Quantico, VA.

## I. PRIOR TESTIMONY

Excluding the present case, I have written five expert witness reports in the last 10 years pertaining to cases of IBSA. One of these is ongoing.

## J. COMPENSATION

1. My fees include $250 per hour for review and evaluation of case material, research (finding and reading articles and other materials), writing reports, affidavit, and preparation for testimony.

2. My fee for local or digital video conference testimony or deposition is $350 per hour.

3. My fee for testifying at deposition or trial outside my home county is $1500 per day.

4. I am willing to use a sliding scale for clients in need.

## K.    SUPPLEMENTATION

15

This report is based on information made available to me at the time of my analysis. I reserve the right to amend or supplement this report in the future based on new information or otherwise.

**L.     CERTIFICATION**

I hereby certify that I have prepared this report and that the information contained here is true and correct to the best of my knowledge and belief.

Dated: October 24, 2024

Asia A. Eaton, Ph.D.

Asia A. Eaton                                                                October 28, 2024

# Asia Anna Eaton, Ph.D.
*Curriculum Vitae*

Florida International University          Website: http://faculty.fiu.edu/~aeaton
11200 SW 8th St., DM 208                  Work telephone: (305) 348-0229
Miami, FL 33199                           Cell phone: (786) 473-1195
Email: aeaton@fiu.edu                     Fax: (305) 348-4172

## EDUCATION

**Ph.D., Psychology** (2009), University of Chicago, Chicago
  Major area: Social Psychology, Minor area: Statistics
  Certificate in University Teaching

**M.S., Counselor Education: Clinical Mental Health Counseling** (2019), FIU, Miami

**M.A., Psychology** (2006), University of Chicago, Chicago

**B.S., Psychology** (2002), Carnegie Mellon University, Pittsburgh
**B.A., Philosophy** (2002), Carnegie Mellon University, Pittsburgh

## APPOINTMENTS

**Professor of Psychology, Florida International University**                      2023-present
  Program Director of the ASCP Psychology Program                                 2024-present
  Core faculty member in the ASCP Psychology Program                              2023-present
  Core faculty member in the Industrial-Organizational Psychology Program        2023-present
  Core faculty member in the Developmental Psychology Program                     2023-present
  Affiliate appointment in Center for Women's and Gender Studies                  2023-present

**Associate Professor of Psychology, Florida International University**            2019-2023
  Program Director of the ASCP Psychology Program                                 2021-2023
  Core faculty member in the ASCP Psychology Program                              2021-2023
  Core faculty member in the Industrial-Organizational Psychology Program        2019-2023
  Core faculty member in the Developmental Psychology Program                     2019-2023
  Affiliate appointment in Center for Women's and Gender Studies                  2019-2023

**Assistant Professor of Psychology, Florida International University**            2012-2019
  Core faculty member in the Industrial-Organizational Psychology Program        2012-2019
  Core faculty member in the Developmental Psychology Program                     2014-2019
  Affiliate appointment in Center for Women's and Gender Studies                  2017-2019
  Joint appointment in Psychology and the Center for Women's and Gender Studies   2012-2017

**Research Scientist, Florida International University**                           2010-2012
  Joint appointment in Psychology, the College of Business, and Women's Studies

**Postdoctoral Associate, Florida International University**                       2009-2010
  Joint appointment in Psychology and Women's Studies

Asia A. Eaton                                                                    October 28, 2024

## RESEARCH INTERESTS

Gender roles
Stereotyping and prejudice                    Power and Leadership
Identity and Intersectionality                Intimate Partner Violence

## GRANTS AWARDED

### NATIONAL GRANTS

**SPSSI Local- and State-Level Policy Work Grant, Co-PI ($1,950)**          2023-present
*Utilizing campus health clinics to ensure access to comprehensive reproductive healthcare in Florida:*
*A partnership between social science researchers and Equality Florida*

**Australian Research Council (ARC) Discovery Project, PI for FIU ($188,322)**     2023-present
*Sexualized Deepfakes: Predictors, Consequences, Responses and Prevention, led by Prof Asher Flynn*

**Meta Grant on identity-based social media communities, PI ($150,000)**       2022-present
*Protecting the privacy of users of identity-based social media groups: A mixed-methods investigation of*
*tools on Facebook to enhance administrator and user control*

**SPSSI Grant-in-Aid, PI on Dual PI Grant ($1,000)**                        2020-2021
*Examining the role of sociocultural factors in the relationship between sudden involuntary unemployment*
*and psychological health among LatinX emerging adults*

**SPSSI 2020 SEAS Grant, PI on Dual PI Grant ($1,000)**                     2020-2021
*Mentoring underrepresented and racial/ethnic minority (UREM) students and their peers beyond "crisis"*

**NSF Standard Grant, PI ($194,360)**                                      2020-2022
*RAPID: SaTC: COVID-19 and sexual cyberviolence: Impact on general users and vulnerable populations*

**Multi-College Bystander Efficacy Evaluation, Campus PI at FIU**            2017-2019
*Growing researcher and college communities supporting violence prevention research*

**SPSSI Local- and State-Level Policy Work Grant, PI ($2,000)**             2017-2018
*Amending Florida law to increase justice for victims of nonconsensual porn: A partnership with the CCRI*

**STP Early Career Travel Grant ($250)**                                        2016

**NSF ADVANCE IT Grant, Key Personnel ($3.2M)**                            2016-2017
*Advancing Women, Equity, and Diversity at FIU*

**APA ProDIGs Grant, PI on Dual PI Grant ($6,500)**                         2013-2014
*Identifying intimate partner relationship scripts to reduce verbal sexual coercion*

**NSF ADVANCE PAID Grant, Co-PI ($573,419)**                               2011-2014
*Awareness of, Commitment to, and Empowerment of women scientists at FIU*

2

Asia A. Eaton                                                              October 28, 2024
**TESS Grant, PI**                                                                    2006
*The effects of gender and power on persuasion*

## COMPETITIVE INTRAMURAL GRANTS

**FIU Cross-College Faculty Collaboration Grant, PI on Dual PI Grant ($2,000)**    2015-2016
*Investigating pregnancy disclosures at work: Comparing men and women's experiences*

**Kauffman Professorship Grant, PI ($15,000)**                                       2011-2012
*The significance of entrepreneur gender in business size and growth: How men and women entrepreneurs navigate business growth in the modern world*

**Psychology Graduate Student Research Grant, PI ($1,000)**                           2007

**Doolittle-Harrison Fellowship ($500)**                                              2006

**University Fellowship at the University of Chicago ($18,000 x 4 years)**         2003-2007


## HONORS AND AWARDS

### NATIONAL AWARDS

**Distinguished Service to SPSSI Award**                                              2024
For enthusiastic, dedicated, enduring commitment and noteworthy contributions to SPSSI

**Scholar Strategy Network (SSN) Media Fellow**                                       2023
This year-long national fellowship supports scholars in strengthening and expanding their media engagement.

**Distinguished Publication Award from the Association for Women in Psychology (AWP)**    2022
The award is given in recognition of significant and substantial contributions of research and theory that advance our understanding of the psychology of women and promote achievement of the goals of the Association. Given for Siegel, Calogero, Eaton, & Roberts (2021).

**Strickland-Daniel Award for Distinguished Mentoring, APA Div. 35 (SPW)**            2022
The award recognizes the distinguished and senior feminist mentoring of the award winner.

**Fellow in APA, the American Psychological Association (APA)**                       2021
APA Fellow status is evidence of unusual and outstanding contributions in the field of psychology, with "a national impact on the discipline beyond a local, state or regional level."

**Fellow in APA Div. 35, the Society for the Psychology of Women**                    2021
SPW Fellow status demonstrates unusual and outstanding contributions made towards the understanding, well-being, and rights of girls and women from a feminist perspective.

**Fellow in APA Div. 9, the Society for the Psychological Study of Social Issues**    2020
SPSSI Fellow status formally recognizes that you have made outstanding contributions to psychology and to the study of social issues

Asia A. Eaton                                                                October 28, 2024

**Selected Member, APA Leadership Institute for Women in Psychology**          2019
   Selected in recognition of outstanding career achievements and demonstrated leadership
   potential

**Leadership Award (emerging), APA's Committee on Women in Psychology**          2019
   Awarded for leadership in ensuring women receive equity within psychology, and that issues
   pertaining to women are kept at the forefront of psychological research, education, and practice.

**Outstanding Teaching and Mentoring Award (SPSSI, APA Div. 9)**          2019
   Recipient of the annual award for outstanding teaching and mentoring in areas related to
   the psychological study of social issues; this award was the product of student nominations.

**Best Overall Conference Paper, Southern Management Association (SMA)**          2018
   Awarded best overall conference paper for co-authored paper "*Examining the effects of perceived
   pregnancy discrimination on mother and baby health*" at the 2018 annual meeting of the SMA.

**Finalist, Nancy Weiss Malkiel Scholars Award**          2017
   This Woodrow Wilson National Fellowship Foundation award recognizes junior faculty who
   balance research, teaching, and service and are creating an inclusive campus community.

**Michele Alexander Early Career Award for Scholarship and Service (SPSSI, APA Div. 9)**          2016
   This award recognizes early career excellence in social issues scholarship and service.

**Fellow, Institute for Academic Feminist Psychologists**          2016
   Competitively selected to participate in the Institute for Academic Feminist Psychologists

**Finalist, Outstanding Research Award (SPSP, APA Div. 8)**          2008
   Award finalist for graduate student research from the Society for Personality and Social Psychology

### COMPETITIVE INTRAMURAL AWARDS

**College of Arts, Sciences, and Education Faculty Research Award at FIU**          2023
   This award recognizes outstanding faculty who have distinguished themselves in research

**Top Scholar at FIU, Dedicated Mentoring Category**          2022
   This annual award is given by FIU to outstanding faculty members across the university.

**College of Arts, Sciences, and Education Faculty Research Award at FIU**          2020
   This award recognizes outstanding faculty who have distinguished themselves in research

**College of Arts, Sciences, and Education Faculty Teaching Award at FIU**          2019
   This award recognizes outstanding faculty who have distinguished themselves in teaching

**College of Arts, Sciences, and Education Faculty Engagement Award at FIU**          2018
   This award recognizes outstanding faculty who have distinguished themselves in engagement

**College of Arts, Sciences, and Education Faculty Research Award at FIU**          2018
   This award recognizes outstanding faculty who have distinguished themselves in research

**Top Scholar at FIU, Notable Awards/Honors Category**          2017

Asia A. Eaton                                                                                    October 28, 2024

This award is given by FIU to outstanding faculty members across the university

**Lavender Award for Faculty of the Year at FIU**                                          2017
This award is given out by the LGBTQA Initiative in FIU's Multicultural Programs and Services

**College of Arts, Sciences, and Education Faculty Teaching Award at FIU**                  2016
This award recognizes outstanding faculty who have distinguished themselves in teaching

**Faculty Award for Excellence in Advising & Mentorship at FIU ($5,000)**                   2016
Nominated by 12 undergraduates and 4 faculty members

**Technology Fee Proposal Award at FIU ($75,000)**                                          2009
Awarded university license for Qualtrics Software for three years

**The Duncan Graduate Student Award for Excellence in Undergraduate Teaching**              2009
A student-nominated award given annually by University of Chicago's Psychology Department

**Award for Excellence in Course Design**                                                  2009
Award for excellence in course design from University of Chicago's Center for Teaching

**Nominee, Richard Saller Prize for Best Dissertation**                                     2009
The Department of Psychology's nominee for 2008-2009, University of Chicago

**Social Sciences Visiting Committee Fellowship ($18,000)**                             2008-2009
This dissertation-year fellowship is awarded to only one student in the Social Sciences every year.

**John Dewey Prize Lectureship ($4,000)**                                                   2007
Competitive award for graduate students to develop and teach a new and unique course

**University of Chicago Psychology Graduate Student Travel Award ($500)**              2007, 2008

---

## RESEARCH

*Indicates graduate student author, **Indicates undergraduate student author, †Indicates post-doc

### Publications
[h-index = 29; ¡10-index = 47; Citations = 3228; 65 publications]

### Edited Books

1.    **Eaton, A. A.** (2024). *Navigating your Ph.D.: Challenges and strategies for Thriving.* Cognella.

### Peer-Reviewed Journal Articles

57.    ***Spiker, R., **Eaton, A. A.**, & Saunders, J. (in press). Victimization by Nonconsensual Distribution of Intimate Images is Related to Lower Holistic Well-Being in a Diverse Sample of U.S. Adults During the COVID-19 Pandemic. *Violence and Victims.*

56.    Duran, A., McGill, C., **Eaton, A. A.**, *Botkin, H., & Feldman, E. (in press). A phenomenological inquiry into gay Latino fraternity men's views on masculinities. *Journal of Student Affairs Research and Practice.*

5

Asia A. Eaton                                                                                    October 28, 2024

55.  †Siegel, J., *Miller, A., †Krieger, M., & **Eaton, A. A.** (2024). "Anything I could do to not have it paralyze me was welcome": Coping strategies employed by survivors of image-based sexual abuse. *Psychology of Violence.*

54.  **Eaton, A. A.,** †Krieger, M., †Siegel, J., & *Miller, A. (2024). Victim-survivors' proposed solutions to addressing image-based sexual abuse in the U.S.: Legal, corporate, educational, technological, and cultural approaches. *Analyses of Social Issues and Public Policy.* https://doi.org/10.1111/asap.12395

53.  *Maddocks, S., †Siegel, J., **Eaton, A. A.**, & *Agarwal, S. (2024). Who is Invited to the Metaverse? Analyzing Media Coverage of an Emerging Virtual World. *Cyberpsychology, Behavior, and Social Networking. 27*(1), 76-82. https://doi.org/10.1089/cyber.2022.0394

52.  †Rodríguez de la Rosa, A. L., Stephens, D., Montes, F., Sarmiento, O. L., *De La Vega, E., **Eaton, A.**, Schreiber Compo, N., & Madhivanan, P. (2023). Adolescent social networks and physical intimate partner violence among Colombian rural adolescents. *Journal of Aggression, Maltreatment, and Trauma.* https://doi.org/10.1080/10926771.2023.2238631

51.  *De la Vega-Taboada, E., Rodriguez, A., *Barton, A., Stephens, D., Cano, M., **Eaton, A.**, Frazier, S., Rodriguez, A., & Cortecero, A. (2023). Colombian adolescents' perceptions of violence and opportunities for safe spaces across community settings. *Journal of Adolescent Research.* https://doi.org/10.1177/07435584231311646

50.  *Ruvalcaba, Y., *Rodriguez, A. L., **Eaton, A. A.**, Stephens, D., & Madhivanan, P. (2022). The effectiveness of American college sexual assault interventions in highly masculine settings: A systematic review and meta-analysis. *Aggression and Violent Behavior.* https://doi.org/10.1016/j.avb.2022.101760

49.  *Thomas, Z., *Banks, J., **Eaton, A. A.**, & Ward, M. (2022). 25 years of psychology research on the 'Strong Black Woman.' *Social and Personality Psychology Compass.* https://doi.org/10.1111/spc3.12705

48.  †Kuchynka., S., L., **Eaton, A. A.**, & Rivera, L. M. (2022). Understanding and addressing gender-based inequities in STEM: Research synthesis and recommendations for United States K-12 education. *Social Issues and Policy Review.* https://doi.org/10.1111/sipr.12087

47.  **Eaton, A. A.,** *Ramjee, D., & Saunders, J. F. (2022). The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence: A large study of victimization among diverse U.S men and women. *Victims & Offenders.* https://doi.org/10.1080/15564886.2021.2022057

46.  **Eaton, A. A.,** Grzanka, P. R., Schlehofer, M. M., & Silka, L. (2022). Public psychology: Introduction to the Special Issue. *American Psychologist.* http://dx.doi.org/10.1037/amp0000933

45.  †Siegel, J., Calogero, R., **Eaton, A. A.**, & Roberts, T. (2021). Identifying gaps and building bridges between feminist psychology and open science. *Psychology of Women Quarterly.* https://doi.org/10.1177/03616843211044494

44.  *Le Sante, D., **Eaton, A. A.**, & Viswesveran, C. (2021). How contextual performance influences perceptions of personality and leadership potential. *Journal of Work and Organizational Psychology.* https://doi.org/10.5093/jwop2021a10

43.  **Eaton, A. A.,** Stephens, D., *Ruvalcaba, Y., **Banks, J., & Lotus House. (2021). A culture of care: How Lotus House women's shelter heals program participants through genuineness, dignity, belonging, individualized attention, high expectations, and space. *Journal of Community Psychology.* https://doi.org/10.1002/jcop.22579

42.  *Helpingstine, C., Stephens, D., Kenny, M., & **Eaton, A.** (2021). Adolescent girls with a history of Commercial Sexual Exploitation (CSE): Perceptions and characteristics of social networks. *Child Abuse & Neglect.* https://doi.org/10.1016/j.chiabu.2021.105015

41.  **Eaton, A. A.,** & McGlynn, C. (2020). The psychology of nonconsensual porn: Understanding and addressing a growing form of sexual violence. *Policy Insights from the Behavioral and Brain Sciences.* https://doi.org/10.1177/2372732220941534

6

Asia A. Eaton                                                                October 28, 2024

40.  *Boyd, B., Stephens, D., **Eaton, A. A.**, & Bruk-Lee, V. (2020). Partner scarcity: Highly educated heterosexual Black women and dating compromise. *Sexuality Research and Social Policy*. https://doi.org/10.1007/s13178-020-00493-3

39.  *Ruvalcaba, Y., Stephens, D. P., **Eaton, A. A.**, *Boyd, B. (2020). Hispanic women's perceptions of teenage sexting: Qualitative analyses using a sexual scripting framework. *Culture, Health and Sexuality*. https://doi.org/10.1080/13691058.2020.1767805

38.  Stephens, D., & **Eaton, A. A.** (2020). Cultural factors in young adult Indian women's beliefs about disclosing domestic violence victimization. *Journal of Social Issues*. https://doi.org/10.1111/josi.12385

37.  Hackney, K., Daniels, S., Paustian-Underdahl, S., Perrewe, P., Mandeville, A., & **Eaton, A. A.** (2020). Examining the effects of perceived pregnancy discrimination on mother and baby health. *Journal of Applied Psychology*. https://doi.org/10.1037/apl0000788

36.  **Eaton, A. A.,** & Stephens, D. (2020). Reproductive justice: Moving the margins to the center in social issues research. *Journal of Social Issues*. https://doi.org/10.1111/josi.12384

35.  †Saunders, J. F., **Eaton, A. A.**, & *Aguilar, S. (2020). From self(ie)-objectification to self-empowerment: The meaning of selfies on social media in eating disorder recovery. *Computers in Human Behavior*. https://doi.org/10.1016/j.chb.2020.106420

34.  **Eaton, A. A.**, †Noori, S., Bonomi, A., Stephens, D., & Gillum, T. (2020). Nonconsensual porn as a form of intimate partner violence: Using the Power and Control Wheel to understand nonconsensual porn perpetration in intimate relationships. *Trauma, Violence, & Abuse*. https://doi.org/10.1177/1524838020906533

33.  †Saunders, J., **Eaton, A. A.**, & Fitzsimmons-Craft, E. (2019). Body-, eating-, and exercise-related comparisons during eating disorder recovery and validation of the BEECOM-R. *Psychology of Women Quarterly*. https://doi.org/10.1177/0361684319851718

32.  **Eaton, A. A.**, †Saunders, J., & *Jacobson, R., & West, K. (2019). How gender and race stereotypes impact the advancement of scholars in STEM: Professors' biased evaluations of physics and biology post-doctoral candidates. *Sex Roles*. https://doi.org/10.1007/s11199-019-01052-w

31.  West, K., & **Eaton, A. A.** (2019). Prejudiced and unaware of it: Evidence for the Dunning-Kruger model in the domains of racism and sexism. *Personality and Individual Differences*. https://doi.org/10.1016/j.paid.2019.03.047

30.  *Ruvalcaba, Y., & **Eaton, A. A.** (2019). Nonconsensual pornography among U.S. adults: A sexual scripts framework on victimization, perpetration, and health correlates for women and men. *Psychology of Violence*. https://doi.org/10.1037/vio0000233

29.  Paustian-Underdahl, S., **Eaton, A. A.**, Mandeville, A., & Little, L. (2019). Pushed out or opting out? Integrating perspectives on gender differences in withdrawal attitudes during pregnancy. *Journal of Applied Psychology*. https://doi.org/10.1037/apl0000394

28.  *Saunders, J., **Eaton, A. A.**, & Frazier, S. (2018). Disordered society: Women in eating disorder recovery advise policymakers on change. *Administration and Policy in Mental Health and Mental Health Services Research*. https://doi.org/10.1007/s10488-018-0903-9

27.  *Saunders, J., & **Eaton, A. A.** (2018). Social comparisons in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery. *International Journal of Eating Disorders*. https://doi.org/10.1002/eat.22978

26.  *Kallschmidt, A., & **Eaton, A. A.** (2018). Is low social class a stigmatized identity at work? A qualitative study of social class concealment and disclosure among white men employees from lower social class backgrounds. *Journal of Vocational Behavior*. https://doi.org/10.1016/j.jvb.2018.08.010

25.  *Saunders, J., & **Eaton, A. A.** (2018). Snaps, selfies, and shares: How three popular social media platforms contribute to the sociocultural model of disordered eating among young women. *Cyberpsychology, Behavior, and Social Networking*. https://doi.org/10.1089/cyber.2017.0713

Asia A. Eaton                                                                                    October 28, 2024

24. Burns, V. L., **Eaton, A. A.**, Long, H., & Zapp, Z. (2018). Exploring the role of race and gender on perceived bystander ability and intent: Findings before and after exposure to an online training program to prevent sexual assault on campus. *Violence Against Women*. https://doi.org/10.1177/1077801218807089

23. *Barrantes, R., & **Eaton, A. A.** (2018). Sexual orientation and leadership suitability: How being a gay man affects perceptions of fit in gender-stereotyped positions. *Sex Roles. 79*(9-10), 549-564. https://doi.org/10.1007/s11199-018-0894-8

22. *Jacobson, R., & **Eaton, A. A.** (2017). How organizational policies influence bystander likelihood of reporting moderate and severe sexual harassment at work. *Employee Responsibilities and Rights Journal.* https://doi.org/10.1007/s10672-017-9309-1

21. Bonomi, A., **Eaton, A. A.**, Nemeth, J., & Gillum, T. (2017). The abuse litmus test: A feminist tool to assess power and control in on-screen relationships. *Family Relations, 66,* 154-165. https://doi.org/10.1111/fare.12237

20. **Eaton, A. A.**, Visser, P. S., & Burns, V. (2017). How gender role salience influences attitude strength and persuasive message processing. *Psychology of Women Quarterly. 41*(2), 223-239. https://doi.org/10.1177/0361684317696257

19. **Eaton, A. A.**, & Rios, D. (2017). Social challenges faced by queer Latino college men: Navigating negative responses to coming out in a double-minority sample of emerging adults. *Cultural Diversity and Ethnic Minority Psychology.* https://doi.org/10.1037/cdp0000134

18. *Barrantes, R., **Eaton, A. A.**, *Veldhuis, C., & Hughes, T. (2017). The role of minority stressors in lesbian relationship commitment and persistence over time. *Psychology of Sexual Orientation and Gender Diversity, 4*(2), 205-217. https://doi.org/10.1037/sgd0000221

17. Stephens, D. P., **Eaton, A. A.**, & *Boyd, B. (2016). Hispanic college men's perceptions of appropriate sexual intercourse initiation strategies. *Sex Roles, 77*(3-4), 239-253. https://doi.org/10.1007/s11199-016-0709-8

16. Stephens, D. P., Thomas, T. L., & **Eaton, A.** (2016). Identifying health beliefs influencing Hispanic college men's willingness to vaccinate against HPV. *American Journal of Sexuality Education.* Advance online publication. https://doi.org/10.1080/15546128.2016.1198733

15. **Eaton, A. A.**, & Stephens, D. (2016). Using the theory of planned behavior to examine beliefs about verbal sexual coercion among urban Black adolescents. *Journal of Interpersonal Violence.* Advance online publication. https://doi.org/10.1177/0886260516659653

14. Rios, D., & **Eaton, A.** (2016). Perceived social support in the lives of gay, bisexual and queer Hispanic college men. *Culture, Health & Sexuality, 18*(10), 1093-1106. https://doi.org/10.1080/13691058.2016.1150516

13. Stephens, D., & **Eaton, A. A.** (2016). Social networks influencing Black girls' interpretations of Chris Brown's violence against Rihanna. *The Journal of Black Psychology, 43*(4), 381-408. https://doi.org/10.1177/0095798416648829

12. **Eaton, A. A.**, Rose, S., *Interligi, C., J., **Fernandez, K., & McHugh, M. (2015). Gender and ethnicity in dating, hanging out, and hooking up: Sexual scripts among Hispanic and White young adults. *Journal of Sex Research, 53*(7), 788-804. https://doi.org/10.1080/00224499.2015.106

11. Wright, D., **Eaton, A. A.,** & Skagerberg, E. (2015). Occupational segregation and psychological gender differences: How empathizing and systemizing help explain the distribution of men and women into (some) occupations. *Journal of Research in Personality, 54,* 30-39. https://doi.org/10.1016/j.jrp.2014.06.004

10. **Eaton, A. A.**, & *Matamala, A. (2014). The relationship between heteronormative beliefs and verbal sexual coercion in college students. *Archives of Sexual Behavior, 43*(7), 1443-1457. https://doi.org/10.1007/s10508-014-0284-4

8

Asia A. Eaton                                                                    October 28, 2024

9.  Stephens, D. P., & **Eaton, A. A.** (2014). The influence of masculinity scripts on heterosexual Hispanic college men's perceptions of female-initiated sexual coercion. *Psychology of Men & Masculinity, 15*(4), 387-396. https://doi.org/10.1037/a0034639

8.  **Eaton, A. A.**, & Rose, S. (2013). The application of biological, evolutionary, and sociocultural frameworks to issues of gender in introductory psychology textbooks. *Sex Roles, 69*, 536-542. https://doi.org/10.1007/s11199-013-0289-9

7.  *Carol, R. N., *Carlucci, M., **Eaton, A. A.**, & Wright, D. B. (2013). The power of a co-witness: When more power leads to more conformity. *Applied Cognitive Psychology, 27*(3), 344-351. https://doi.org/10.1002/acp.2912

6.  **Eaton, A. A.**, & Rose, S. (2012). Scripts for actual first date and hanging-out encounters among young heterosexual Hispanic adults. *Sex Roles, 67*, 285-299. https://doi.org/10.1007/s11199-012-0190-y

5.  Eagly, A., **Eaton, A.**, Rose, S., Riger, S., & McHugh, M. (2012). Feminism and psychology: Analysis of a half-Century of research on women and gender. *American Psychologist, 67*(3), 211-230. https://doi.org/10.1037/a0027260

4.  **Eaton, A. A.**, & Rose, S. (2011). Has dating become more egalitarian? A 35-year review using Sex Roles. *Sex Roles, 64*(11-12), 843-862. https://doi.org/10.1007/s11199-011-9957-9

3.  **Eaton, A. A.**, Visser, P. S., Krosnick, J. A., & Anand, S. (2009). Social power and attitude strength over the life course. *Personality and Social Psychology Bulletin, 35*(12), 1646-1660. https://doi.org/10.1177/0146167209349114

2.  **Eaton, A. A.**, & Visser, P. S. (2008). Attitude importance: Understanding the causes and consequences of passionately held views. *Social and Personality Psychology Compass, 2/4*, 1719-1736. https://doi.org/10.1111/j.1751-9004.2008.00125.x

1.  **Eaton, A. A.**, Majka, E. A., & Visser, P. S. (2008). Emerging perspectives on the structure and function of attitude strength. *European Review of Social Psychology, 19*, 165-201. https://doi.org/10.1080/10463280802383791

**Chapters in Books**

7.  **Eaton, A. A.**., & Case, K. (2022). That tenured feeling of "what now?" Recalibration, power, and focus. *Feminist Scholars on the Road to Tenure: The Personal Is Professional.* Cognella.

6.  **Eaton, A. A.**, & Nevicka, B. (2022). Gender and the dark side of leadership. In D. Lusk & T. Hayes (Eds). *The good, the bad, and the human dark side at work.* Oxford.

5.  **Eaton, A. A.**, & Warner, L. (2020). Social justice burnout: Engaging self-care while doing diversity work. Invited chapter in K. Case, W. Williams, & M. Kite (Eds). *Difficult moments in teaching social justice.*

4.  **Eaton, A. A.**, & Stephens, D. (2018). Adolescent dating violence among ethnically diverse youth. In D. Wolfe & J. Temple (Eds.). *Adolescent dating violence: Theory, research, and prevention* (pp. 233-260). Academic Press. doi:10.1016/B978-0-12-811797-2.00010-4

3.  Burns, V., & **A. A., Eaton.** (2016). #GirlsFightBack: How girls are using social network sites and online communities to combat sexism. In Y. Kiuchi & F. Villarruel (Eds.). *The young are making their world: Essays on the power of youth culture* (pp. 20-45). Jefferson, NC: McFarland Press.

2.  *Fay, B., & **Eaton, A. A.** (2014). Egalitarian dating over 35 years. In A. C. Michalos (Ed.). *Encyclopedia of Quality of Life and Well-Being Research* (pp. 1843-1847). Dordrecht, Netherlands: Springer.

1.  Rose, S., & **Eaton, A. A.** (2013). Lesbian love, sex, and relationships. In D. Castaneda (Ed.) An Essential Handbook of Women's Sexuality (Volume 2, pp. 3-28), Santa Barbara, CA: Praeger.

**Research Presentations and Lectures**

Asia A. Eaton                                                                                        October 28, 2024

**Invited Presentations at National and International Scientific Meetings**

12. **Eaton, A. A.** (2024, June). *Engaging the media as an academic.* Talk presented at the SPSSI 2024 Preconference, Philadelphia, PA, United States.

11. **Eaton, A. A.** (2022, February). *The relationship between cyber sexual abuse during COVID-19 and intimate partner violence: A large, representative study of victimization among diverse U.S. men and women.* Invited talk given at the SPSP Gender Preconference in San Francisco, CA.

10. **Eaton, A. A**. (2021, November). *Gender and racial discrimination in Biology: Intersecting oppressions with multifaceted solutions.* Invited talk given at the American Institute of Biological Sciences' (AIBS) IDEA conference, Fully virtual.

9. **Eaton, A. A.** (2021, October). *Race and gender discrimination in STEM: Multifaceted solutions.* Invited keynote given at the American Society of Mass Spectrometry (ASMS), Philadelphia, PA.

8. **Eaton, A. A**. (2021, July). *Gender and racial discrimination in Physics: Intersecting oppressions with multifaceted solutions.* Invited keynote given at the International Symposium on Lattice Field Theory, Fully virtual.

7. **Eaton, A. A.** (2019, June). Walking with students through crisis: The first and most important task of mentorship. Invited talk given for the *2019 SPSSI Teaching Award Winners Symposium* at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

6. **Eaton, A. A.** (2018, April). Valuing the "feminine" at work. Invited keynote given at I/O Shaken & Stirred Event "*What's the big idea?*" sponsored by Google at the annual meeting of the Society for Industrial and Organizational Psychology, Chicago, IL.

5. **Eaton, A. A.**, & Stephens, D. (2017, March). Antecedents of verbal sexual coercion among urban, Black boys and girls: A qualitative study guided by the theory of planned behavior. In D. Stephens, (Chair), *Gender-based violence in among diverse adolescents.* Invited symposium conducted at the annual meeting of the Association for Women Psychologists, Milwaukee, WI.

4. **Eaton, A. A.**, *Barrantes, R., & *Quiroz, V. (2015, August). *Using transformational leadership uniquely supports Latinas' success at work.* Invited presentation given in symposium on Current Research on Intersecting Social Identities at the annual meeting of the American Psychological Association, Toronto, Ontario, Canada.

3. Curtin, N., & **Eaton, A. A.** (2015, May). *Gender beyond difference: An interactive discussion on the state of gender research in the psychological sciences.* Chairs in an invited symposium conducted at the national conference for the Association for Psychological Science, New York, NY.

2. **Eaton, A. A.** (2014, March). *Culture's influence on the development of unique meanings about IPV in marginalized populations.* Invited discussant in symposium held at the annual meeting of the Association for Women in Psychology, Columbus, OH.

1. Stephens, D. P., & **Eaton, A. A.** (2014, March). Urban black adolescents' attitudes towards intimate partner violence. In A. A. Eaton (Chair), *Culture's influence on the development of unique meanings about IPV in marginalized populations.* Invited symposium conducted at the annual meeting of the Association for Women Psychologists, Columbus, OH.

**Invited University Colloquia**

12. **Eaton, A. A.** (2024, April). *Public psychology: How to cultivate socially-engaged research as a graduate student.* UVA's DEI Interdisciplinary Working Group. (Virtual).

11. **Eaton, A. A.** (2024, March). *Navigating the Ph.D. - Strategies for Thriving.* Keynote talk given at UPenn's Professional Development Day, Philadelphia, PA.

10. **Eaton, A. A.**, (2023, March). *Intersectional discrimination in STEM and medicine: Modern challenges and solutions.* Talk given at University of Massachusetts Chan Medical School, Fully virtual.

9. **Eaton, A. A.** (2022, September). *Fostering An Inclusive Climate.* Invited talk given at University of Utah's Friday Forums on Racism in Higher Education, Fully virtual.

Asia A. Eaton                                                                    October 28, 2024

8.   **Eaton, A. A.** (2022, February). *Technology-facilitated sexual violence in the U.S.: Risk and protective factors for diverse adults.* Invited talk given at Psychology Colloquium Series at Western University (London, Canada), Fully virtual.

7.   **Eaton, A. A.** (2020, February). *The nature and consequences of workplace discrimination at the intersection of race and gender.* Invited talk given at IUPUI Psychology Department Colloquium Series, Indianapolis, IN.

6.   **Eaton, A. A.** (2019, September). *Workplace discrimination at the intersection of race and gender.* Invited talk given at the Interdisciplinary Committee on Organizational Studies (ICOS) speaker series at the University of Michigan, Ann Arbor, MI.

5.   **Eaton, A. A.** (2019, March). *The "revenge porn" epidemic: Understanding the scope and nature of nonconsensual porn in the U.S.* Invited talk given in the University Forum Lecture Series at University of Nevada Las Vegas, Las Vegas, NV.

4.   *Saunders, J., & **Eaton, A. A.** (2017, March). Is comparison the thief of joy? Exploring the relationship between social media, social comparisons, and disordered eating behaviors. Invited colloquium presentation at Emmanuel College, Boston, MA.

3.   **Eaton, A. A.** (2015, March). *How heteronormative beliefs may encourage verbal sexual coercion in college students.* Invited colloquium presentation at Elmhurst College, Elmhurst, IL.

2.   **Eaton, A. A.** (2008, September). *Possessing power and resisting persuasion: How high-power role norms affect openness to attitude change.* Invited research presentation at Beloit College, Beloit, WI.

1.   **Eaton, A. A.** (2007, September). *Power and persuasion: Exploring the relationship between social power and resistance to attitude change.* Invited research presentation at Bates College, Lewiston, ME.

**Other Invited Presentations and Consultations**

35.  **Eaton, A. A.** (2024, June). *Feminist mentoring: Lessons from diverse Ph.D. students.* Invited talk given at the 2024 Institute for Academic Feminist Psychologists, Philadelphia, PA.

34.  **Eaton, A. A.** (2024, May). *White House workshop on hate crimes run by the White House Office of Science and Technology Policy (OSTP), the National Security Council (NSC), and the Domestic Policy Council (DPC).* Moderator and Discussant in workshop panel. Washington, DC.

33.  **Eaton, A. A.** (2024, May). *Navigating your Ph.D.: A SPSSI graduate student committee book talk.* Invited webinar panelist for SPSSI. (Virtual).

32.  **Eaton, A. A.** (2024, April). *Violence Is Never the Answer: Addressing the Rise of Physical and Virtual Violence.* Invited participant on panel. Conference on World Affairs. Boulder, Colorado.

31.  **Eaton, A. A.** (2024, April). *Access to Reproductive Health Care in Post-Roe America.* Invited participant on panel. Conference on World Affairs. Boulder, Colorado.

30.  **Eaton, A. A.** (2024, April). *Housing not for all.* Invited participant on panel. Conference on World Affairs. Boulder, Colorado.

29.  **Eaton, A. A.** (2024, April). *White House workshop on data access for researchers and TF-GBV on the margins of the US-EU Trade and Technology Council (TTC).* Invited participant in workshop panel. Brussels, Belgium.

28.  **Eaton, A. A.** (2023, September). *Academic experts in IBSA.* Panelist on international Google/RMIT workshop panel, Google Headquarters, Paris, France.

27.  **Eaton, A. A.**, (2023, June). *Cyber Civil Rights Initiative's Webinar on Terminology related to Intimate Image Privacy Violations.* Moderator. (Virtual).

26.  **Eaton, A. A.** (2023, June). *Privacy concerns among users of identity-based Facebook groups.* Invited talk given at Facebook's Codec Avatars Privacy & Security Policy Salon, Facebook's Menlo Park Headquarters, Menlo Park, CA.

25.  **Eaton, A. A.** (2023, April). *Taking the First Steps Toward Policy-Relevant Research.* Invited panelist in webinar sponsored by APA Divisions 8, 9, 27, 35, 44, and 45 (Virtual).

24.  **Eaton, A. A.** (2022, April). *Sextortion and online sexual violence.* Invited panelist at international forum on technology-facilitated sexual violence for Les 3 Sex (Virtual).

Asia A. Eaton                                                                    October 28, 2024

23. **Eaton, A. A.** (2022, April). *What is Public Psychology and why is it important?* Invited panelist at APA Essential Science Conversation Webinar (Virtual). https://www.youtube.com/watch?v=jfL0bcCYVrM

22. **Eaton, A. A.** (2021, October). *National Forum for the Prevention of Cyber Sexual Abuse.* Invited panelist at national forum on cyber abuse at Tufts University (Virtual).

21. **Eaton, A. A.** (2021, June). *Virtual NCII Summit.* Invited participant at Facebook's international virtual summit on nonconsensually-shared intimate images (Virtual).

20. **Eaton, A. A.** (2020, March). *Women's Safety Hackathon.* Invited participant at Facebook's New York City Headquarters, New York, NY. (Conference canceled)

19. **Eaton, A. A.** (2019, November). *Understanding the scope and nature of nonconsensual porn in the U.S.: An emerging form of digital sexual violence.* Invited presenter at conference held by Women's Human Rights Institute of Korea, the Ministry of Gender and Family in Korea, Seoul, Republic of Korea.

18. **Eaton, A. A.,** (2019, October). *Responding to the growing challenge of online harassment.* Invited panelist in interactive panel held at the International Association of Chiefs of Police (IACP) annual conference, Chicago, Il.

17. **Eaton, A. A.** (2019, September). *Concept Hack on building effective response systems.* Invited workshop participant at Facebook's Menlo Park Headquarters, Menlo Park, CA.

16. **Eaton, A. A.** (2019, July). *Emerging research workshop on identity-based harassment.* Invited participant in NSF ADVANCE Resource and Coordination (ARC) Network workshop, Naperville, IL.

15. **Eaton, A. A.** (2019, March). *From lock down to safe haven: Women who experienced homelessness describe their perceptions of and experiences with South Florida shelters.* Invited talk given at the Southern Japan Seminar on Refugee neighborhoods: Service hubs and homelessness in US and Japan, Florida International University, Miami, FL.

14. **Eaton, A. A.** (2018, November). *Raising an empathetic, socially aware child: Teaching the importance of consent and the value of diversity.* Invited talk given at St. Thomas Episcopal School's Parent University, Miami, FL.

13. **Eaton, A. A.** (2018, August). *Quantitative research on perpetrator motives and frameworks for understanding causes and consequences of NCII.* Invited presenter at Facebook's Menlo Park Headquarters, Menlo Park, CA.

12. **Eaton, A. A.** (2018, August). *Combatting the non-consensual sharing of intimate images.* Invited panelist at Facebook's Menlo Park Headquarters, Menlo Park, CA.

11. **Eaton, A. A.** (2018, May). *Nonconsensual porn on campus: The scope of the problem and what universities can do to address it.* Talk given at Point Park University, Pittsburgh, PA.

10. **Eaton, A. A.** (2017, October). *Adult and workplace cyber harassment & cyberstalking.* Invited presentation given at the Broward County Crime Commission's Psychology of Cybercrime Conference, Deerfield Beach, FL.

9. **Eaton, A. A.** (2017, April). *The psychology of non-consensual porn: An emerging form of sexual misconduct.* Invited presentation at the Social Media Misconduct Symposium 2017 for the Marine Corps' Sexual Assault Response and Prevention Program, at the Marine Corp Headquarters, Quantico, VA.

8. **Eaton, A. A.** (2017, March). *Equality in the workforce.* Miami TSA's 2017 Women in the Workplace Conference, Miami, Fl.

7. **Eaton, A. A.** (2016, October). *Assertive communication and negotiation for women: How to ask for (and get!) what you want.* Invited speaker at the 2016 Prime Global Women's Leadership Conference, Miami, FL.

6. **Eaton, A. A.** (2016, October). *Challenges for women leaders at work and strategies for navigating the leadership labyrinth.* Invited speaker at the 2016 Prime Global Women's Leadership Conference, Miami, FL.

Asia A. Eaton                                                                October 28, 2024

5.    **Eaton, A. A.** (2015, February). *Gender disparities and sexuality: The consummate whore.* Invited panelist in Conference on Stereotype Awareness at Johnson & Wales University, Miami, FL.

4.    **Eaton, A. A.**, & Maidique, M. (2012, October). *The complete CEO: A holistic assessment of CEO performance.* Invited research presentation at Leadership Colloquium held by FIU's Center for Leadership, Miami, FL.

3.    **Eaton, A. A.** (2012, September). *Why do women entrepreneurs have smaller businesses than men? The mediating roles of business priorities and personality.* Keynote speaker at the 2012 Kauffman Professors and Doctors Awards Program-Award Ceremony, Miami, FL.

2.    **Eaton, A. A.** (2011, November). *Women to watch: Florida's entrepreneurial leaders.* Keynote speaker at the FIU College of Business Administration's Women to Watch: Florida's Entrepreneurial Leaders 2011 Event, Miami, FL.

1.    **Eaton, A. A.** (2008, October). *Gender, power, and persuasion: the relationship between gender and openness to attitude change.* Invited research presentation to the University of Chicago Social Sciences Division Visiting Committee as the 2008-2009 Visiting Committee Fellow, Chicago, IL.

**Peer-Reviewed Presentations at National and International Scientific Conferences**

107.    **Eaton, A. A.** (2024, November). Participant in roundtable. *Image-Based Sexual Abuse: New Trends and Future Research Agenda.* American Society of Criminology Annual Meeting, San Francisco, California.

106.    **Eaton, A. A.** (2024, November). Participant in roundtable. *Charting the Future for Cybercrime Research.* American Society of Criminology Annual Meeting, San Francisco, California.

105.    Flynn, A., Powell, A., **Eaton, A. A.,** & Scott, A. (2024, September). Engaging in sexualised deepfake abuse: Findings from an international qualitative Study of perpetrators in Australia, the United Kingdom and the United States. In *Image-based sexual abuse: victimization, perpetration, prevention, and policing.* Talk to be given at the Annual Conference of the European Society of Criminology, Bucharest, Romania.

104.    *Spiker, R., **De La Noval, A., **Artiles Delgado, K., **Eaton, A. A.** & Zucker, A. (2024, August). Campus health clinics and access to reproductive healthcare for diverse college students in Florida. In *Abortion and Reproductive Justice: Addressing Reproductive Oppression with Psychological Science.* Talk to be given at the American Psychological Association Conference, Seattle, WA.

103.    *Miller, A.M., **Eaton, A., A.**, & *Diaz, K. (2024, June). *Behind the Trend: Unmasking System Justification in Cultural Appropriation.* Talk presented at the SPSSI 2024 Conference, Philadelphia, PA, United States.

102.    *Dours, N. O. & **Eaton, A. A.** (2024, June). *Using Routine Activity Theory to Predict Technology Facilitated-Violence Among U.S. Adults During COVID-19.* Talk presented at the annual Society for the Psychological Study of Social Issues (SPSSI) Conference, Philadelphia, PA.

101.    *Spooner, M., **Eaton, A.,** **Munro, T. (2024, June). *NCAA Student-Athletes' Access to Support Resources.* Poster presented at the annual Society for the Psychological Study of Social Issues (SPSSI) Conference, Philadelphia, PA.

100.    *Spiker, R., Morehead, M., & **Eaton, A. A.** *Technology-facilitated violence education in online collegiate sexual assault prevention programs.* (2024, June). Oral presentation given at the Society for the Psychological Study of Social Issues Conference, Philadelphia, PA.

99.    **Artiles Delgado, K., *Spiker, R., **De La Noval, A., **Eaton, A.A.,** & Zucker, A. (2024, June). *Restricting identities: Documenting changes to gender-affirming care on college campuses.* Oral presentation given at the Society for the Psychological Study of Social Issues Conference, Philadelphia

98.    *Schultz, E. P., & **Eaton, A. A.** (2023). *Protecting users of identity-based social media groups.* Poster presented at the annual Psychology of Technology Conference, Los Angeles, CA.

Asia A. Eaton                                                                                  October 28, 2024

97.   *Ash, J., **Eaton, A. A.**, **Munro, T., & *Zhong, A. (2023, June). *How women's race influences perceived suitability for managerial jobs.* Poster presented at the annual Society for the Psychological Study of Social Issues (SPSSI) Conference, Denver, CO.

96.   *Spooner, M., **Eaton, A. A.**, **Munro, T. (2023, June). *NCAA Student-Athletes' Identities as Students, Athletes, and Workers.* Poster presented at the annual Society for the Psychological Study of Social Issues (SPSSI) Conference, Denver, CO.

95.   *Gomez, L., Chockalingham, V., & **Eaton A. A.** (2023, April). *LGB applicant reactions: The relationship between sexuality and fairness perceptions of selection measures.* Poster presented at the national conference for the Society for Industrial and Organizational Psychology, Boston, Massachusetts.

94.   *Tran, N. H., **Eaton, A. A.** (2023, April). *The Effects of Priming Self-Concept Representation on Perceived Spillover.* Poster presented at the national conference for the Society for Industrial and Organizational Psychology, Boston, Massachusetts.

93.   †Krieger, M., **Eaton, A. A.,** *Miller, A., & †Siegel, J. (2023, March). Victims' suggestions for structural solutions to IBSA. In Eaton, A.A, *Recent advances in image-based sexual abuse: Consequences, Coping Strategies, and Solutions.* Oral presentation given at the annual Association for Women in Psychology (AWP) Conference in Atlanta, Georgia.

92.   †Siegel, J., *Miller, A., †Krieger, M., & **Eaton, A. A.** (2023, March). Coping with image-based sexual abuse. In Eaton, A.A, *Recent advances in image-based sexual abuse: Consequences, Coping Strategies, and Solutions.* Oral presentation given at the annual Association for Women in Psychology (AWP) Conference in Atlanta, Georgia.

91.   *Thomas, Z., & **Eaton, A. A.** (2022, June). *Differences in perceptions of the SBW schema based on SES.* Oral presentation given at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.

90.   *Spiker, R., **Eaton, A. A.**, & Saunders, J. (2022, June). *Correlates of image-based sexual abuse victimization during COVID-19 in U.S. adults.* Poster presented at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.

89.   Habarth, J., **Eaton, A. A.**, Tormala, T., Rios, D., & McConnell, L. (2022, June). *Who is counting whom? Toward inclusive, valid demographic measurement strategies.* Interactive discussion held at the Society for the Psychological Study of Social Issues Conference in San Juan, Puerto Rico.

88.   *LeSante, D., **Eaton, A. A.**, & *Thomas, Z. (2022, April). *Employees talking fit: A qualitative analysis exploring ideological misfit at work.* Poster presented at the Society for Industrial and Organizational Psychology conference, Seattle, WA.

87.   **Eaton, A. A.,** (2022, April). Panelist. In S. C. Liu (Chair), *Teaching the Teachers: Transforming the Undergraduate Research Experience.* Panel presentation given at the Society for Industrial and Organizational Psychology conference, Seattle, WA.

86.   *Tran, H., **Eaton, A. A.**, & *Hatem, A. (2022, April). *The mediating effect of self-concept in the link between culture and spillover.* Poster presented at the Society for Industrial and Organizational Psychology conference, Seattle, WA.

85.   **Eaton, A. A.**, *Ramjee, D., & Saunders, J. (2022, March). *The relationship between sextortion during COVID-19 and pre-pandemic intimate partner violence in the U.S.* Talk given at Academy of Criminal Justice Sciences Annual Meeting, Las Vegas, NV.

84.   *Gomez, L., & **Eaton, A. A.** (2021, August). Watching and working: How personalization combats objectification from workplace surveillance. In A. Brenick, A. Miller, & R. Moadel-Attie, *Changing the system: Social research and action to reshape the world we live in.* Oral presentation at the Society for the Psychological Study of Social Issues Conference, Virtual.

83.   *Kallschmidt, A. M., & **Eaton, A. A.**, (2021, August). "Nobody taught me this": How learning "professional" expectations is different based on your race, gender, and social class. Oral presentation in *Social class and gender in working lives across the globe: An intersectional perspective* (L. Reiss, Chair) presented at the Academy of Management's Annual Conference, virtual setting.

Asia A. Eaton                                                                          October 28, 2024

82.  Saunders, J., *Aguilar, S., & **Eaton, A. A.** (2021, July). *From self(ie)-objectification to self-empowerment: The meaning of selfies on social media in eating disorder recovery.* Oral presentation at the Appearance Matters 9 Conference, Bath, UK.

81.  *Jackson, S., & **Eaton A. A.** (2021, April). *Accent usage in telephone interviews: Using "standard" accent increases hireability.* Poster presented at the Society for Industrial and Organizational Psychology conference, New Orleans, LA.

80.  *Kallschmidt, A. M., & **Eaton, A. A.** (2021, April). The visibility and nature of upper-class workplace norms: How class and race affect women's experiences with upper-class workplace norms. Oral presentation in *Intersectionality at work: Navigating multiple stigmatized identities* (D. Burrows, Chair) presented at the Society for Industrial and Organizational Psychology Conference, New Orleans, LA.

79.  **Yavar, M., Fava, N., & **Eaton, A. A.** (2021, April). *Patterns in defining sexual health related to ACE history and gender.* Poster presented at the NCUR 2021 Virtual Conference.

78.  *Morehead, M., & **Eaton, A. A.** (2021, March). *The prevalence of cyber sexual abuse in intimate relationships among college-aged individuals during COVID-19.* Talk given at the 2021 NASPA Virtual Conference.

77.  *Kallschmidt, A., Vaghef, K., & **Eaton, A. A.** (2020, August). *Do social class background and work ethic beliefs influence the use of flexible work arrangements?* Poster presented at the American Psychological Association annual meeting, Washington, D.C. (Div. 14).

76.  Saunders, J. F., & **Eaton, A. A.** (2020, August). Racial and ethnic centrality as a moderator of the relationships within the acceptance model of intuitive eating for Hispanic and Black women. Oral presentation in *Diverse women's experiences of body image* (J. Saunders, Chair) delivered at the American Psychological Association annual meeting, Washington, D.C. (Div. 35).

75.  *Siegel, J. A. (Chair), Calogero, R. M., Roberts, T. A, **Eaton, A. A.**, & Watson, L. B. (2020, August). *Open science and feminist psychology: Identifying problems and finding solutions.* Interactive discussion at the American Psychological Association annual meeting, Washington, D.C. (Div. 35).

74.  *Jackson, S. C., & **Eaton A. A.** (2020, June). *Dialect usage in telephone interviews: Using standard dialect increases hireability.* Oral presentation given at the annual conference of the Society for the Psychological Study of Social Issues, Denver, CO. (Conference canceled)

73.  *Ruvalcaba, Y., **Eaton, A. A.**, Stephens, D. P., Banks, J. (2020, June). Safety strategies of women who experienced homelessness: Community-based participatory research. *Community-engaged research: Collaborations in health.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues (APA Division 9), Denver, CO. (Conference canceled)

72.  Paustian-Underdahl, S., Mandeville, A., **Eaton, A. A.**, & Jordan, S. (2019, October). *Pregnancy discrimination is a family affair: Examining crossover effects in couples.* Oral presentation given at the annual meeting of the Southern Management Association Conference, Norfolk, VA.

71.  *Ruvalcaba, Y., **Eaton, A. A.** (2019, October). *Gender identity and verbal sexual coercion victimization and perpetration among Latinx emerging adults.* Poster presented at the National Latinx Psychological Association's Annual Conferencia, Miami, FL.

70.  **Eaton, A. A.** (2019, August). Power, privilege, and pulling back the curtains in graduate classes. In Richmond, K (Chair). *Teaching Intersectionality.* Symposium held at the annual meeting of the American Psychological Association (STP, APA Div. 2), Chicago, Illinois.

69.  **Eaton, A. A.**, Lewis, J., Ramsey, L., & Warner, L. (2019, June). *Navigating backlash towards feminist and anti-racist psychological science and pedagogy.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

68.  †Noori, S., **Eaton, A. A.**, Bonomi, A., Stephens, D., & Gillum, T. (2019, June). *Themes of intimate partner violence in cases of nonconsensual pornography.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

Asia A. Eaton                                                                                          October 28, 2024

67.    *Sullivan, E., & **Eaton, A. A.** (2019, June). Identifying men allies to combat sexism in the workplace. In A. Folberg (Chair), *Sexism and sexual assault research in the era of #MeToo.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

66.    *Martinez, C., & **Eaton, A. A.** (2019, June). *Do millennials give the professional development they wish to receive?* Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

65.    *Kallschmidt, A., **Eaton, A. A.**, & Williams, W. (2019, June). *Identities and ideologies of White low-income men after economic mobility.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

64.    *Kallschmidt, A., & **Eaton, A. A.** (2019, June). Are lower social class origins stigmatized at work?. In N. T. Buchanan & I. H. Settles (Chairs), *Power, (in)visibility, and hypervisibility in the context of work.* Symposium presented at the annual meeting of the Society for the Psychological Study of Social Issues, San Diego, CA.

63.    *Le Sante, D. R., **Eaton, A. A.**, & Viswesvaran, C. (2019, April). *Interpersonal facilitation predicts employees' leader emergence through perceptions.* Poster presented at the Society for Industrial and Organizational Psychology, Washington, D.C.

62.    Stephens, D., & **Eaton, A. A.** (2019, January). *The "ME" in mentoring: Identifying steps for developing mutually rewarding mentoring relationships.* Roundtable conducted at the National Multicultural Conference and Summit (APA Div. 17), Denver, CO.

61.    †Saunders, J. F., *Bravo, E. I., **Eaton, A. A.**, & Stephens, D. P. (2019, January). *The role of la familia during eating disorder recovery.* Poster presented at the National Multicultural Conference and Summit (APA Div. 17), Denver, CO.

60.    Hackney, K., Daniels, S., Paustian-Underdahl, S., Perrewe, P., **Eaton, A.,** & Mandeville, A. (2018, October). *Examining the effects of perceived pregnancy discrimination on mother and baby health.* Oral presentation given at the annual meeting of the Southern Management Association Conference, Lexington, KY.

59.    *Ruvalcaba, Y., & **Eaton, A. A.** (2018, August). *Nonconsensual porn: Perpetration, victimization, and health correlates of victimization.* Poster presented at the annual meeting of the American Psychological Association (SPW, APA Div. 35), San Francisco, CA.

58.    *Rodriguez, A. L., *Ruvalcaba, Y., **Eaton, A. A.**, Stephens, D., & Madhivanan, P. (2018, July). Fraternities, college athletes and sexual assault interventions: A systematic review. Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

57.    **Eaton, A. A.,** Jacobs, H., & *Ruvalcaba, Y. (2018, July). Amending Florida law, bringing justice for victims of nonconsensual porn. In R. Wiener & S. Mancoll (Chairs)*, Influencing policy at the local and state levels using research.* Symposium held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

56.    **Eaton, A. A.**, Fraga Rizo, C., Holliday, C., & McCauley, H. (2018, July). *Reproductive justice as an interdisciplinary approach to intimate partner violence.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

55.    **Eaton, A. A.**, Illig, D., Grzanka, P. R., Schlehofer, M., & O'Connor, R. (2018, July). *Taking it to the streets: A primer on policy work.* Interactive Discussion held at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

54.    *Kallschmidt, A., & **Eaton, A. A.**, & Williams, W. (2018, July). *An outsider-within: Identities of low-income background white men at work.* Poster presented at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

53.    *Ruvalcaba, Y., **Eaton, A. A.,** & Jacobs, H. (2018, July). *Help-seeking and victim blame experiences among victims of nonconsensual porn.* Oral presentation given at the annual meeting of the Society for the Psychological Study of Social Issues, Pittsburgh, PA.

16

Asia A. Eaton                                                    October 28, 2024

52.   *Sullivan, E., Viswesvaran, C., & **Eaton, A. A.** (2018, April). *Is the legal system in sync with I/O assessment practices?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, Chicago, IL.

51.   *Kallschmidt, A., & **Eaton, A. A.** (2018, April). *Is low social class a stigmatized identity at work?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, Chicago, IL.

50.   *Saunders, J., & **Eaton, A. A.** (2018, April). *Social comparison in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery.* Poster presented at the International Conference on Eating Disorders, in Chicago, IL.

49.   **Gonzalez, R., **Eaton, A. A.**, Paustian-Underdahl, S., & Mandeville, A. (2017, October). *Expecting? The importance of family-friendly organizational policies for expectant mothers' and fathers' job satisfaction and commitment.* Poster presented at the SACNAS National Diversity in STEM Conference, Salt Lake City, Utah.

48.   **Eaton, A. A.**, Bonomi, A., Stephens, D., & Gillum, T. (2017, September). *Violence gone viral: How men are using communication technology to perpetrate violence against women.* Innovative/promising practice program report given at the National Conference on Health and Domestic Violence, San Francisco, CA.

47.   Paustian-Underdahl, S. C., Mandeville, A., & **Eaton, A. A.** (2017, August). *Pregnancy discrimination is a family affair: Changes in women's career attitudes due to discrimination depend on spousal support.* Presenter in symposium at the annual Academy of Management conference, Atlanta, GA.

46.   *Saunders, J. F., & **Eaton, A. A.** (2017, August). *How does social media usage relate to the sociocultural model of disordered eating?* Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

45.   **Eaton, A. A**. (2017, June). Roundtable mentor. In Neal, T., & Howard, S. (Chairs). *Early career scholars professional development roundtable session.* Roundtable held at the annual conference for the Society for the Psychological Study of Social Issues, Albuquerque, NM.

44.   *Manapragada, A., **Eaton, A. A.**, Reizer, A., & Koslowsky, M. (2017, June). *Understanding technology-based supplemental work: An examination of workplace, job, and individual-level predictors.* Poster presented at the American Psychological Association's Work, Stress, and Health Conference, Minneapolis, MN.

43.   Paustian-Underdahl, S. C., *Mandeville, A., & **Eaton, A. A.** (2017, May). *We're having a baby! Fist Bump or Career Slump? A longitudinal study of the workplace experiences of men and women expecting a baby.* Oral presentation at the 2017 European Association of Work and Organizational Psychology conference, Dublin, Ireland.

42.   *Jacobson, R., & **Eaton, A. A.** (2017, April). *How organizational policies influence bystander likelihood of reporting sexual harassment.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Orlando, FL.

41.   **Eaton, A. A.** (2017, March). *Navigating sexual danger and health in Black communities across the lifespan.* Discussant and facilitator in symposium held at the annual meeting of the Association for Women in Psychology, Milwaukee, WI.

40.   **Eaton, A. A.** (2016, September). Research Panelist. In D. P. Stephens (Chair), *Talking, texting & telling truths: Black adolescents' intimate relationship communications.* Panel presentation held at the annual conference for the Association of Black Sexologists and Clinicians, Ft. Lauderdale, FL.

39.   **Eaton, A. A.**, & Rios, D. (2016, May). Perceived challenges and social supports in the lives of gay, bisexual, and queer Hispanic college men. In E. de St. Aubin (Chair), *Sexuality during emerging adulthood: Methods, models, and meaning.* Symposium conducted at the annual meeting of the Association for Psychological Science, Chicago, IL.

17

38.  *Jacobson, R., **Eaton, A. A.**, & *Zimmerman, A. (2016, April). *How organizational policies influence the likelihood of reporting sexual harassment.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Anaheim, CA.

37.  *Barrantes, R., & **Eaton, A. A.** (2016, April). *Sexual orientation and leadership: Are gay men at an advantage?* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Anaheim, CA.

36.  Paustian-Underdahl, S. C., *Mandeville, A., **Eaton, A. A.**, *Jacobson, R., & *Quiroz, A. (2016, April). *Investigating pregnancy disclosures at work via discontinuous change modeling.* Oral presentation at the annual convention of the Society for Industrial and Organizational Psychology, Anaheim, CA.

35.  **Mendez, N., **Eaton, A. A.**, Paustian-Underdahl, S., & *Mandeville, A. (2016, March). *Coworker support buffers burnout in pregnant working women over time.* Poster presented at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

34.  **Eaton, A. A.** (2016, March). The institute for academic feminist psychologists: Helping early and mid-career feminist psychologists thrive. In S. Rose (Chair), *Creating Feminist Space in the Professions and the Academy.* Symposium conducted at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

33.  **Eaton, A. A.**, Rose, S., *Interligi, C., **Fernandez, K., & McHugh, M. (2016, March). Gender and ethnicity in dating, hanging out, and hooking up: Sexual scripts among Hispanic and White young adults. In M. McHugh (Chair), *Flipping the script: Dates, hookups and subjectivity.* Symposium conducted at the annual meeting of the Association for Women in Psychology, Pittsburgh, PA.

32.  Stephens, D., & **Eaton, A. A.** (2015, October). Hispanic college men's perceptions of female initiated sexual coercion. In A. A. Eaton (Chair), *Hispanic College Students and Intimate Partner Violence.* Symposium conducted at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

31.  **Eaton, A. A.** (2015, October). *Hispanic college students and intimate partner violence.* Discussant on symposium held at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

30.  **Eaton, A. A.**, Stephens, D, & **Medina, A (2015, October). Objectification and stereotypes among African American women in reality television. In T. Gillum (Chair), *Emerging adults' experience with sexual media: What are they viewing, how do they see it, and what are the effects?* Symposium conducted at the national conference for the Society for the Study of Emerging Adulthood, Miami, FL.

29.  Rose, S., Darici, Y., **Eaton, A. A.**, & Hickey-Vargas, R. (2015, June). *FIU ADVANCE Strategies for Elevating Concerns of Women Faculty.* Poster presented at the 2015 NSF ADVANCE/GSE Program Workshop, Baltimore, MD.

28.  *Quiroz, V., *Barrantes, R., **Eaton, A. A.**, & Elam, J. J. (2015, April). *How being transformational impacts men's and women's success at work.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Philadelphia, PA.

27.  *Barrantes, R., & **Eaton, A. A.** (2015, April). *Potential mediating mechanisms for why being gay influences leadership fit.* Poster presented at the annual convention of the Society for Industrial and Organizational Psychology, in Philadelphia, PA.

26.  **Eaton, A. A.**, & *Matamala, A. (2015, March). The relationship between heteronormative beliefs and verbal sexual coercion in college students. In A. Bonomi (Chair), *The intersection between popular culture and female identity, violence victimization, and related health risks.* Symposium conducted at the National Conference on Health and Domestic Violence, Washington, DC.

25.  *Fay, B., **Eaton, A. A.**, & Fisher, R. (2015, February). *Do internal attributions about eyewitness inconsistencies cause jurors to disregard their entire testimony?* Poster presented at the annual convention of the Society for Personality and Social Psychology, Long Beach, CA.

Asia A. Eaton                                                                    October 28, 2024

24.     **Eaton, A. A.**, Nichols-Lopez, K., & Pace, V. (2014, August). *Why do women entrepreneurs have smaller businesses than men? The mediating roles of business priorities and personality.* Oral presentation at the annual meeting of the Academy of Management, Philadelphia, PA.

23.     *Barrantes, R., & **Eaton, A. A.** (2014, August). *Sexual orientation and leadership suitability: How being gay affects perceptions of fit.* Oral presentation at the annual meeting of the Academy of Management, Philadelphia, PA.

22.     Rose, S., Darici, Y., **Eaton, A. A.,** & Hickey-Vargas, R. (2014, March). *Progress and challenges with advancing women in STEM at Florida International University.* Poster presented at the annual NSF ADVANCE Workshop, Alexandria, VA.

21.     *Fay, B., **Eaton, A. A.,** Nichols-Lopez, K., & Hughes, T. (2014, February). *Outness, relationship satisfaction, and relationship outcomes among lesbian women.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Austin, TX.

20.     **Eaton, A. A.,** Wright, D. B., & Skagerberg, E. M. (2013, August). *Empathizing and systemizing help explain the distribution of men and women into (some) occupations.* Oral presentation at the annual Academy of Management conference, Lake Buena Vista, FL.

19.     **Eaton, A. A.**, **Fernandez, K., & Rose, S. (2013, March). *Sexual coercion of young Hispanic women on dates and hangouts.* Oral presentation at the annual meeting of the Association for Women in Psychology, Salt Lake City, UT.

18.     Rose, S., Darici, Y., Hickey-Vargas, R., & **Eaton, A. A.** (2013, March). *Early Success of ADVANCE Hiring Strategies at Florida International University.* Poster presented at the annual NSF ADVANCE Workshop, Alexandria, VA.

17.     Stephens, D., & **Eaton, A. A.** (2012, October). *Exploring the influence of mainstream Hip Hop cultural messaging on Black adolescent IPV beliefs.* Structured dialogue for the 12th Annual Diversity Challenge: What to do about race, culture, and violence, Boston, MA.

16.     **Eaton, A. A.**, & Stephens, D. (2012, August). *How heteronormative beliefs relate to acceptance of and experience with verbal sexual coercion among Hispanic college students.* Oral presentation at the annual meeting of the American Psychological Association, Orlando, FL.

15.     **Eaton, A. A.** (2012, August). *The significance of entrepreneur gender in business size and growth.* Poster presented at the annual meeting of the American Psychological Association, Orlando, FL.

14.     *Rosen, K. R., Rios, K., & **Eaton, A. A.** (2012, July). *Identity and political attitudes of Cuban immigrants.* Poster presented at the International Society for Political Psychology, Chicago, IL.

13.     **Eaton, A. A.**, & Patton, M. (2012, May). *The significance of entrepreneur gender in business size and growth.* Poster presented at the annual meeting of the Association for Psychological Science, Chicago, IL.

12.     **Eaton, A. A.**, & Rose, S. (2012, March). *Evolution versus socialization: How do Introductory Psychology textbooks characterize gender differences and similarities?* Oral presentation at the annual meeting of the Association for Women in Psychology, Palm Spring, CA.

11.     **Eaton, A. A.**, & Rose, S. (2011, March). *Dating scripts among young heterosexuals today: Is dating becoming more egalitarian?* Oral presentation at the annual meeting of the Association for Women in Psychology, Philadelphia, PA.

10.     **Eaton, A. A.** (2011, March). *Has feminism changed the dissemination of psychological science? An analysis of introductory psychology textbooks.* Oral presentation at the annual meeting of the Association for Women Psychologists, Philadelphia, PA.

9.      *Carol, R. N., *Carlucci, M., **Eaton, A. A.,** & Wright, D. B. (2011, March). *The "power" of a co-witness.* Poster presented at the AP-LS International Conference, Miami, FL.

8.      **Eaton, A. A.** (2010, February). *An early career perspective on the application and interview process for women.* Oral presentation at the annual meeting of the Association for Women in Psychology, Portland, OR.

7.   Rasinski, K., **Eaton, A. A.**, Yan, T., & Tourangeau, R. (2008, September). *Understanding unconscious aspects of respondent survey behavior to improve reporting.* Oral presentation at the Seventh International Conference on Social Science Methodology, Naples, Italy.

6.   **Eaton, A. A.**, & Visser, P. S. (2008, May). *Prescriptions for persuasion: How sex role salience affects women's attitude strength.* Poster presented at the annual convention of the Association for Psychological Science, Chicago, IL.

5.   **Eaton, A. A.**, & **\*\***Peterson, C. M. (2008, February). *Gender, power, and persuasion: Attitude strength expectations for high and low-power men and women at work.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Albuquerque, NM.

4.   Majka, E. A., **Eaton, A. A.**, & Visser, P. S. (2008, February). *The impact of social rejection on openness to attitude change: The moderating role of self-esteem.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Albuquerque, NM.

3.   **Eaton, A. A.**, & Visser, P. S. (2007, January). *The differential impact of social power on resistance to weak and strong persuasive messages.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Memphis, TN.

2.   Rasinski, K., Bauman, C., & **Eaton, A. A.** (2007, January). *Effects of semantic priming on judgments about drinking behavior: A test of Weiner's model.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Memphis, TN.

1.   **Eaton, A. A.**, & Visser, P. S. (2006, January). *The effect of priming social power on susceptibility to attitude change.* Poster presented at the annual convention of the Society for Personality and Social Psychology, Palm Springs, CA.

## Peer-Reviewed Presentations at Regional Scientific Conferences

9.   **\*\***Yavar, M., Fava, N., & **Eaton, A. A.** (2021, March). Patterns in defining sexual health related to ACE history and gender. Poster presented at the annual conference of the Southeastern Psychological Association, Orlando, FL.

8.   **\*\***Jurich, E. & **Eaton, A. A.** (2020, April). *The gender bias women encounter while seeking services at a university counseling clinic.* Poster presented at the annual conference of the Southeastern Psychological Association, New Orleans, LA.

7.   **\*\***Junco, B., **Eaton, A. A.**, & Fisher, R. (2012, February). *The effect of attributions about eyewitness' inconsistencies on conviction rates.* Poster presented at the annual conference of the Southeastern Psychological Association, New Orleans, LA.

6.   **Eaton, A. A.**, Patton, M., & Heald, S. (2011, May). *Teaching off the track: A roundtable discussion on the perils and pay-offs of graduate student teaching and adjunct teaching.* Structured discussion for the Society for the Teaching of Psychology at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

5.   **Eaton, A. A.**, & Visser, P. S. (2010, April). *Possessing social power causes lifespan changes in attitude strength.* Oral Presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

4.   **Eaton, A. A.**, & Visser, P. S. (2009, May). *How social power relates to gender stereotypes about persuadability.* Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

3.   **Eaton, A. A.**, & Visser, P. S. (2008, May). *How high-power role norms affect resistance to persuasion: A biased-processing account.* Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

2.   **Eaton, A. A.**, & Visser, P. S. (2007, May). *Social power and attitude change over the life course.* Oral presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

1.   **Eaton, A. A.**, & Visser, P. S. (2006, May). *The effects of social power on susceptibility to attitude change.* Oral Presentation at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Asia A. Eaton                                                                October 28, 2024

## Presentations at Student Conferences

35.   **Rojas, E., & **Eaton, A. A.** (2020, November). Group identity affecting creative performance through intrinsic motivation in the workplace. Oral presentation at the Florida International University McNair Scholars Research Conference. Miami, FL.

34.   **Jurich, E. & **Eaton, A. A.** (2019, October). *The gender bias women encounter while seeking services at a university counseling clinic.* Oral presentation and poster presented at the Florida International University McNair Scholars Research Conference. Miami, FL.

33.   **Banks, J., **Eaton, A. A.**, & Stephens, D. S. (2018, October). *"I heard they do fun stuff here": Adolescent girls' perceptions of after school programs in a resource limited neighborhood.* Poster presented at University of New Mexico McNair Research Conference, Albuquerque, New Mexico.

32.   **Banks, J., **Eaton, A. A.**, & Stephens, D. S. (2018, September). *"I heard they do fun stuff here": Adolescent girls' perceptions of after school programs in a resource limited neighborhood.* Poster presented at UMBC McNair Scientific Research Symposium, UMBC, Baltimore, MD.

31.   *Kallschmidt, A. M., & **Eaton, A. A.** (2018, March). *Is low social class a stigmatized identity at work?* Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

30.   *Saunders, J. F., & **Eaton, A. A.** (2018, March). *Social comparison in eating disorder recovery: Using PhotoVoice to capture the sociocultural influences on women's recovery.* Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

29.   *Ruvalcaba, Y., & **Eaton, A. A.** (2018, March). *Nonconsensual porn (aka "revenge porn") among U.S. adults: An examination of perpetration, victimization, and health correlates of victimization.* Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

28.   **Carmichael, D., & **Eaton, A. A.** (2017, March). *Stereotyping terror: Outgroup exclusion and islamophobia.* Poster presented at the 3rd annual Conference for Undergraduate Research at FIU, Miami, FL.

27.   *Saunders, J. F., & **Eaton, A. A.** (2017, March). *The role of social media usage in the sociocultural model of disordered eating.* Oral presentation given at the Graduate and Professional Student Committee Annual Scholarly Forum, Florida International University, Miami, FL.

26.   **Ruvalcaba, Y., & **Eaton, A. A.**, & Stephens, D. (2016, March). *Double standards in Black adolescents' beliefs about heterosexual sexual coercion.* Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

25.   **Priore, B., **Eaton, A. A.**, & Rios, D. (2016, March). *Challenges in the lives of gay, bisexual, and queer Hispanic college men.* Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

24.   **Rolle, C., **Eaton, A. A.**, & Paustian-Underdahl, S. (2016, March). *Pregnancy disclosure at work for Black men and women.* Poster presented at the 2nd annual Conference for Undergraduate Research at FIU, Miami, FL.

23.   **Eaton, A. A.** (2015, November). *Coming out and speaking out in the work place: Women's experiences with sexual harassment, pregnancy disclosure, and sexual orientation prejudice at work.* Discussant and Chair on symposium held at the 16th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

22.   **Priore, B., **Eaton, A. A.**, & Rios, D. (2015, November). Challenges in the lives of gay, bisexual, and queer Hispanic college men. In V. Burns (Chair), *Taking intersectionality seriously in psychology: Insights generated from attention to the intersection of race, gender, and sexual orientation.* Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

21

Asia A. Eaton                                                                                          October 28, 2024

21. **Mendez, N., **Eaton, A. A.**, Paustian-Underdahl, S. C., & *Mandeville, A. M. (2015, November). Coworker support buffers burnout in pregnant working women over time. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

20. **Rolle, C., **Eaton, A. A.**, Paustian-Underdahl, S. C., & *Mandeville, A. M. (2015, November). Pregnancy disclosure at work: A comparison of men's and women's experiences. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

19. *Jacobson, R., **Eaton, A. A.**, & *Zimmerman, A. (2015, November). The effect of organizational policies on the likelihood of reporting co-worker perpetrated sexual harassment. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

18. *Barrantes, R., & **Eaton, A. A.** (2015, November). Female sexuality and leadership: How descriptive stereotypes of lesbians influence leadership suitability. In A. A. Eaton (Chair), *Coming out and speaking out in the work place*. Symposium conducted at the 16th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

17. **Eaton, A. A.** (2014, November). The ups and downs of being a minority at work. *Discussant on symposium held at the 15th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.*

16. *Barrantes, R., & **Eaton, A. A.** (2014, November). Sexual orientation and leadership: How being gay affects perceptions of fit for management positions. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

15. *Fay, B., *Barrantes, R., **Eaton, A. A.**, & Hughes, T. (2014, November). The role of minority stress in the psychological and social functioning of lesbians. In *Health and well-being in LGBT communities*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

14. *Jacobson, R., & **Eaton, A. A.** (2014, November). The effect of stereotypes on the success of women and minorities in STEM. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

13. *Quiroz, V., & **Eaton, A. A.** (2014, November). The Latina leadership advantage: How Hispanic women can leverage their identities to succeed in the workplace. In A. A. Eaton (Chair), *The ups and downs of being a minority at work*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

12. **Medina, A., & **Eaton, A. A.** (2014, November). Self-objectification and stereotypes of African American women in reality television. In *Objects and pioneers: Cross-cultural depictions of women in the media*. Symposium conducted at the 15th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

11. **Quiroz, V., & **Eaton, A. A.** (2014, May). *How gender differences in leadership style impact career success: A longitudinal examination of men and women MBA students*. Oral presentation at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

10. *Barrantes, R., & **Eaton, A. A.** (2014, May). *Development of a scale to measure heteronormativity within organizations*. Oral presentation at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

9. **Eaton, A. A.** (2014, May). *Automated measurement*. Moderator on symposium held at the 1st annual Southeast Cross-University Mentoring Conference, Miami, FL.

8. **Eaton, A. A.** (2014, March). *Being LGB at work: Perceptions, treatment, and experiences of gay, lesbian, and bisexual individuals in the workplace*. Discussant on symposium held at the 14th annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

Asia A. Eaton                                                                                    October 28, 2024

7.    **\***Barrantes, R., & **Eaton, A. A.** (2014, March). Sexual orientation and leadership: How being gay affects perceptions of fit for management positions. In A. A. Eaton (Chair), *Being LGB at work: Perceptions, treatment, and experiences of gay, lesbian, and bisexual individuals in the workplace.* Symposium conducted at the 14th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

6.    **Eaton, A. A.** (2013, March). *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Discussant on symposium held at the 13thAnnual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

5.    **\***Fay, B., & **Eaton, A. A.,** & Hughes, T. L. (2013, March). Commitment in lesbian relationships: Taking contextual influence into account. In A. A. Eaton (Chair), *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Symposium conducted at the 13th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

4.    **\*\***Fernandez, K., & **Eaton, A. A.** (2013, March). Scripts in initial encounters among young Hispanic adults. In A. A. Eaton (Chair), *Intimate relationship behaviors among minority populations: The role of culture and identity in relationship initiation, commitment, and distress.* Symposium conducted at the 13th annual meeting of Women, Sexuality, and Gender Studies Association, Miami, FL.

3.    **Eaton, A. A.** (2011, November). *Politics of the public and private.* Discussant on symposium held at the 11th Annual Women, Sexuality, and Gender Student Association Conference, Miami, FL.

2.    **Eaton, A. A.,** & Visser, P. S. (2006, April). *The effects of social power on susceptibility to attitude change.* Oral presentation at PsychFest, Chicago, IL.

1.    **Eaton, A. A.,** & Visser, P. S. (2005, April). *Social power and attitude change across the life course.* Oral presentation at PsychFest, Chicago, IL.

## TEACHING EXPERIENCE

### Graduate Courses

Developmental Research Methods
The Social Psychology of Organizations
Professional & Personal Development for Doctoral Students
Proseminar in Social Psychology
Women and Leadership

### Undergraduate Courses

Women and Leadership
Female Sexuality
Social and Personality Development
Psychological Research Methods
The Social Psychology of Gender and Power

### Teaching Consultant

Center for Teaching and Learning at the University of Chicago

### Graduate Student and Post-Doc Supervision

Post-Doctoral Associates Supervised ($N = 5$)
Ph.D. Students Graduated ($N = 9$)
Dissertation Chair ($N = 14$)
Dissertation Committee Member ($N = 59$)

Asia A. Eaton                                                                October 28, 2024

    Master's Thesis Chair (*N* = 14)
    B.A. Thesis Chair (*N* = 18)

## SERVICE

### Reviewing Experience

Editorial Appointments

| | |
|---|---|
| Co-Editor for Social Issues and Policy Review (SIPR) | 2023-present |
| Editorial Board Member for Social and Personality Psychology Compass (SPPC) | 2023-present |
| Editorial Board Member for Personality and Social Psychology Review (PSPR) | 2022-present |
| Consulting Editor for Journal of Business and Psychology (JOBU) | 2021-present |
| Consulting Editor for Social Issues and Policy Review (SIPR) | 2021-2023 |
| Associate Editor for Psychology of Women Quarterly (PWQ) | 2017-2022 |
| Lead Guest Editor for American Psychologist (AP) on public psychology | 2020-2021 |
| Special Issue Editor for Psychology of Women Quarterly (PWQ) on open science | 2020-2021 |
| Special Issue Editor for Journal of Social Issues (JSI), issue on reproductive justice | 2018-2020 |
| Consulting Editor for Sex Roles: A Journal of Research | 2018 |
| Consulting Editor for Psychology of Women Quarterly (PWQ) | 2014-2015, 2017 |

Ad Hoc Journal Reviewer for

    Computers in Human Behavior (CHB), Basic and Applied Social Psychology (BASP), Psychological Reports, Science, International Review of Victimology (IRV), American Psychologist (AMP), Victims & Offenders (UVAO), Birth, Journal of Family Violence (JOFV), Women and Therapy, Psychology of Sexuality (RPSE), Trauma, Violence, and Abuse (TVA), American Journal of Sexuality Education (AJSE), Violence Against Women (VAW), International Journal of Qualitative Studies in Education (QSE), Social Influence (SIF), Applied Cognitive Psychology (ACP), Psychology of Violence (VIO), Personality and Social Psychology Bulletin (PSPB), Journal of Interpersonal Violence (JIV), Culture, Health, and Sexuality (CHS), European Journal of Social Psychology (EJSP), Archives of Sexual Behavior (AESB), PLOS ONE, Social Psychology Quarterly (SPQ), Group Processes and Intergroup Relations (GPIR), The American Journal of Political Science (AJPS), Political Research Quarterly (PRQ), Journal of Experimental Social Psychology (JESP), Sex Roles: A Journal of Research, Psychology of Women Quarterly (PWQ)

Tenure and Promotion File review

| | |
|---|---|
| University of Houston-Clear Lake | 2023 |
| Indiana University–Purdue University Indianapolis | 2022 |
| Palo Alto University | 2020 |
| University of Tennessee at Chattanooga | 2020 |
| Ramapo College of New Jersey | 2019 |

Book proposal review

| | |
|---|---|
| Cambridge University Press | 2016 |

Grant Reviewer for

| | |
|---|---|
| National Science Foundation, Secure and Trustworthy Cyberspace (SaTC) Program | 2023 |
| National Science Foundation, Law and Science (LS) Program | 2020 |
| Time-Sharing Experiments for the Social Sciences (TESS) | 2011 |

Conference Submission Reviewer for

Asia A. Eaton                                                                                          October 28, 2024

| | |
|---|---|
| Society for the Psychological Study of Social Issues (SPSSI) Conference | Spring 2020-2024 |
| Society for Industrial and Organizational Psychology (SIOP) Conference | Fall 2013-2017 |
| Association for Women in Psychology (AWP) Conference | Fall 2009-2016 |
| Division 35 APA Program: Society for the Psychology of Women (SPW) | 2012, 2013, 2014, 2017 |
| Academy of Management (AOM) Conference | Spring 2014 |
| Division 2 APA Program: Society for the Teaching of Psychology (STP) | Winter 2008 |
| Association for Psychological Science Student Caucus (APSSC) | Winter 2006, 2008, 2009 |

## National Service in Psychology

<u>Service to APA-at-large</u>

| | |
|---|---|
| Member, Working Group to Explore/Create Journal Reporting Guidelines for Equity, Diversity, Inclusion, and Justice in Psychological Science | 2021-2023 |

<u>Service to APA Div. 9 (SPSSI)</u>

| | |
|---|---|
| Council Member | 2018-2021 |
| Chair/Co-Chair, SPSSI Communications Committee | 2018-2021 |
| Co-Chair, 2018 SPSSI Conference Program Committee | 2017-2018 |
| Member, Applied Social Issues Internship Committee | 2016-2018 |

<u>Service to APA Div. 35 (SPW)</u>

| | |
|---|---|
| Chair, Award Committee for the Strickland-Daniel Award Div. 35 | 2023-present |
| Liaison, Div. 35 Liaison to the APA Science Directorate | 2022-present |
| Member, Leadership Through Relationship Taskforce | 2020-2022 |
| Member, Committee on Academic Feminist Psychology | 2014-2016, 2018-2020 |
| Co-Chair, Committee on Academic Feminist Psychology | 2016-2018 |
| Member, Committee on Technology, | 2013-2014 |
| Member, Feminist Transformations Task Force | 2011-2012 |

<u>Service to APA Div. 14 (SIOP)</u>

| | |
|---|---|
| Member, SIOP Diversifying I-O Psychology Program | 2022-2023 |

## University Service

| | |
|---|---|
| Member, CHARGE Committee | 2021-23; 2024-present |
| Member, Communications and Advancement Committee | 2018-2022 |
| Guest Speaker, FIU Center for the Advancement of Teaching (CAT) | 2022 |
| Keynote Speaker, 10th Annual Women in Science Seminar | 2022 |
| Guest Panelist, 2020 Women Who Lead Conference Session on Motherhood and Work | 2020 |
| Guest speaker, STEM Transformation Institute Brownbag | 2018 |
| Keynote Speaker, 2018 McNair Senior Ceremony and Faculty Appreciation Dinner | 2018 |
| Guest speaker, Seminar at FIU's Counseling and Psychological Services | 2017 |
| Guest Panelist, the F-Word NOW Forum "Why Should You Care About Sluts?" | 2016, 2017 |
| Member, STRIDE Committee at FIU | 2011-2017 |
| Organizer, 1st International Women, Gender, and Violence Conference at FIU | 2014-2015 |
| Guest Panelist, FIU the F-Word NOW Forum "Women in Leadership" | 2014 |
| Guest Panelist, Panel Discussion of "Miss Representation" Film | 2013 |
| Guest Speaker, FIU Liberal Studies Seminar | 2013 |
| Co-Founder and Organizer, CAS Faculty Mentoring Program at FIU | 2011-2012 |
| Member, FIU Survey Task Force | 2011 |
| Co-Founder and Organizer, FIU's Annual Leadership Institute for Women Faculty | 2010 |

Asia A. Eaton                                                                          October 28, 2024

Mentor, FIU's Women's Center                                              2009-2011

## Departmental Service: Psychology

| | |
|---|---|
| Director, Ph.D. Track in Applied Social and Cultural Psychology (ASCP) | 2021-23; 2024-present |
| Member, Executive Committee | 2021-23; 2024-present |
| Member, Graduate Education Committee | 2021-23; 2024-present |
| Chair, Colloquium Committee | 2024-present |
| Member, Applied Social and Cultural Psychology (ASCP) Program Committee | 2021-present |
| Member, Developmental Science Program Committee | 2014-present |
| Member, IO Program Committee | 2012-present |
| Member, Personnel and Practices Committee (PPC) | 2024-present |
| Judge, Psychology Graduate Student Flash Talks | 2023 |
| Guest Speaker, IO Lunch and Learn on the 2024 Blacks in IO Conference | 2023 |
| Member, Colloquium Committee | 2022-2023 |
| Member, Diversity Committee | 2020-2022 |
| Guest Speaker, IO Lunch and Learn on Work-Life Balance | 2022 |
| Founding Member, EMPWR Faculty Working Group | 2020-2021 |
| Member, Awards and Advancement Committee | 2018-2021 |
| Guest Speaker, Clinical Science Professional Development Committee | 2021 |
| Guest Speaker, Psychology Department GSH&W Wellness Committee | 2021 |
| Guest Speaker, Psychology Graduate Student Association (PGSA) | 2021 |
| Member, Undergraduate Curriculum Committee | 2012-2014, 2017-2020 |
| Member, Colloquium Committee | 2014-2019 |
| Member, Search Committee for IO Instructor | 2019 |
| Member, Search Committee for IO Program Director | 2017-2018 |
| Guest Speaker, CCF Continuing Education Series | 2017 |
| Guest Speaker, CCF Continuing Education Series | 2015 |
| Guest Speaker, CCF Graduate Professional Development Series | 2015 |
| Member, Search Committee for Digital Instructor | 2014-2015 |
| Guest Speaker, "Networking Best Practices" PGSA event | 2014 |
| Guest Speaker, Psi Chi Research Series | 2014 |
| Chair, Colloquium Committee | 2013-2014 |
| Guest Speaker, Psychology Careers and Research Undergrad Student Conference | 2012, 2013 |
| Guest Speaker, "Learn About Our New Faculty" PGSA event | 2013 |
| Member, Search Committee for Digital Instructor | 2012-2013 |

## Departmental Service: Center for Women's and Gender Studies

| | |
|---|---|
| Member, NTTP Promotion Committee | 2020-2021 |
| Member, Personnel Committee | 2016-2017 |
| Faculty Advisor, Women's Studies Student Association (WSSA) | 2013-2017 |
| Member, Bylaws Committee | 2012-2013 |
| Faculty Advisor, Annual WSGSA Conference | 2014-2016 |
| Member, Undergraduate Curriculum Committee | 2012-2016 |
| Guest Speaker, Center for Women and Gender Studies Faculty Research Series | 2014 |
| Panelist, Women's Studies Center Informational Forum | 2013 |
| Women's Studies Rep., FIU's 2012 Women Who Lead Planning Committee | 2011-2012 |

## National and International Conferences and Institutes Organized

Asia A. Eaton                                                                          October 28, 2024

    The 2018 Institute for Academic Feminist Psychologists, Miami, FL                   2017-2018
    The 2018 SPSSI (Society for the Psychological Study of Social Issues) Conference    2017-2018
    The 2016 Institute for Academic Feminist Psychologists, Pittsburgh, PA              2015-2016


**_Select_ Media Interviews and Appearances**

My Psychology Today Blog                                                               2020-present
    *Power, Women, Relationships: A feminist perspective on social psychology*
    https://www.psychologytoday.com/us/blog/power-women-relationships
Research Featured in Tech Policy Press                                                 2024
    *New Research Highlights X's Failures in Removing Non-Consensual Intimate Media*
    https://www.techpolicy.press/new-research-highlights-xs-failures-in-removing-nonconsensual-intimate-media/
Quoted in article for TribLive                                                         2024
    *Washington County woman sues ex for sending nude images to hundreds of co-workers*
    https://triblive.com/local/regional/maximum-hurt-washington-co-woman-sues-ex-for-sending-nude-images-to-hundreds-of-co-workers/
Co-authored article in 360Info                                                         2024
    *Legal loopholes don't help victims of sexualised deepfake abuse*
    https://360info.org/legal-loopholes-dont-help-victims-of-sexualised-deepfake-abuse/
Quoted in article for Science Magazine                                                 2024
    *Men psychology researchers can't seem to remember their women colleagues*
    https://www.science.org/content/article/men-psychology-researchers-can-t-seem-remember-their-women-colleagues
Co-authored article in The Conversation                                                2024
    *Whether of politicians, pop stars or teenage girls, sexualised deepfakes are on the rise. They hold a mirror to our sexist world*
    https://theconversation.com/whether-of-politicians-pop-stars-or-teenage-girls-sexualised-deepfakes-are-on-the-rise-they-hold-a-mirror-to-our-sexist-world-222491
Research featured in MSNBC                                                             2024
    *What we keep getting wrong about deepfakes like the fake Taylor Swift nudes*
    https://www.msnbc.com/opinion/msnbc-opinion/ai-deepfake-nudes-taylor-swift-x-image-sexual-abuse-rcna136221
Quoted in article for Glamour Magazine                                                 2023
    *You're sending your nudes to the wrong people*
    https://www.glamour.com/story/youre-sending-your-nudes-to-the-wrong-people
Quoted in article for Nature Magazine                                                  2023
    *Academics fight moves to defund diversity programmes at US universities*
    https://www.nature.com/articles/d41586-023-00711-z
Quoted in article for Science Magazine                                                 2023
    *Teaching evaluations reflect—and may perpetuate—academia's gender biases*
    https://www.science.org/content/article/teaching-evaluations-reflect-and-may-perpetuate-academia-s-gender-biases
Interviewed for Global News TV segment                                                 2022
    *It's an epidemic': Sextortion and online crimes against youth spike dramatically*
    https://globalnews.ca/news/9304677/epidemic-sextortion-online-crimes-against-youth/
Quoted in cover story for APA monitor                                                  2022
    *These psychologists want to put societal problems at the center of research. Here's why*
    https://www.apa.org/monitor/2022/11/publicly-engaged-science
Quoted in article for Insight into Diversity                                           2022

Asia A. Eaton                                                                October 28, 2024

*Experts Encourage College Campuses to Prepare for Repercussions of Roe v. Wade's Overturn*
https://www.insightintodiversity.com/experts-encourage-college-campuses-to-prepare-for-repercussions-of-roe-v-wades-overturn/

Interviewed for CBS4 News                                                                 2022
*FIU Warning Students About Sextortion After Campus PD Identifies 4 Cases*
https://miami.cbslocal.com/2022/05/11/fiu-warning-students-sextortion/

Interviewed for NPR's Academic Minute                                                    2022
*A culture of care*
https://www.insidehighered.com/audio/2022/04/27/addressing-homelessness-through-culture-care

Authored APA Journals Article Spotlight on Public Psychology                              2022
Public psychology: Cultivating socially engaged science for the 21st century
https://www.apa.org/pubs/highlights/spotlight/issue-231

Research featured in the Washington Post                                                  2022
*Sharing your eating disorder recovery online can be risky, experts say. Follow this advice.*
https://www.washingtonpost.com/wellness/2022/02/04/eating-disorder-recovery-social-media

Research featured in Mic                                                                  2022
*"Sextortion" rose during the pandemic — especially for men*
https://www.mic.com/life/online-sex-blackmailing-during-pandemic

Co-authored news article for Harvard Business Review (HBR)                                2022
*5 ways managers can support pregnant employees*
https://hbr.org/2022/01/5-ways-managers-can-support-pregnant-employees

Quoted in article on Inside Higher Ed                                                     2022
*How identity shapes science*
https://www.insidehighered.com/news/2022/01/04/new-data-how-race-and-gender-shape-science

Interviewed for Science Magazine                                                          2021
*How to begin building a culture of diversity, equity, and inclusion in your research group*
https://www.science.org/content/article/how-begin-building-culture-diversity-equity-and-inclusion-your-research-group

Authored news article for Women's Media Center (WMC)                                      2021
*SHIELD act would be first federal law on intimate image abuse*
https://womensmediacenter.com/news-features/shield-act-would-be-first-federal-law-on-intimate-image-abuse

Interview for Le Scienze (MIND) magazine                                                  2021
*Le vittime del Web*
https://www.lescienze.it/mind/articoli/2021/05/20/news/le_vittime_del_web-4932164

Radio interview for CyberCrime Radio                                                      2021
*Combatting online abuse*
https://soundcloud.com/cybercrimemagazine/cyber-civil-rights-combating-online-abuse-dr-asia-eaton-ccri

Research featured in Fast Company                                                         2021
*Fighting pregnancy discrimination shouldn't be this hard*
https://www.fastcompany.com/90611928/fighting-pregnancy-discrimination-shouldnt-be-this-hard

Quoted in Prevention Magazine                                                             2021
*How to see what you cannot see*
https://www.prevention.com/life/a35380041/unconscious-bias/

TV Interview for NBC 6 news story                                                         2020
*NBC6 News Segment on the "Rise in Cyber Partner Violence" during COVID-19*

28

Asia A. Eaton                                                                October 28, 2024
https://www.youtube.com/watch?v=tRRDd5EfmhQ&feature=emb_title

Research featured in Psychology Today                                        2020
*How Pregnancy Discrimination Affects Health*
https://www.psychologytoday.com/ca/blog/the-right-mindset/202007/how-pregnancy-discrimination-affects-health

Research featured in Forbes                                                  2020
*Pregnancy Discrimination In The Workplace Affects Mother And Baby Health*
https://www.forbes.com/sites/bryanrobinson/2020/07/11/pregnancy-discrimination-in-the-workplace-affects-mother-and-baby-health/#5f8a29d0cac6

Research featured in Bloomberg News                                          2020
*When the Boss Is Bad for the Baby*
https://www.bloomberg.com/news/articles/2020-07-09/how-workplace-discrimination-affects-pregnant-women-and-babies

Research featured in EurekAlert!                                             2020
*Study: Troubling connection between workplace pregnancy discrimination and health of mothers, babies*
https://www.eurekalert.org/pub_releases/2020-07/bu-stc070720.php

Research featured in PsyPost                                                 2020
*Study finds the most racially prejudiced people tend to think that they are less racist than the average person*
https://www.psypost.org/2020/06/study-finds-the-most-racially-prejudiced-people-tend-to-think-that-they-are-less-racist-than-the-average-person-56991

Radio interview for This Morning with Alex Jensen, Seoul, Korea             2019
*International cooperation in fighting digital sex crimes*
https://itunes.apple.com/kr/podcast/tbs-efm-this-morning/id1038822609?l=en&mt=2

Research featured in Newsweek                                               2019
*Congress failed Katie Hill*
https://www.newsweek.com/congress-failed-katie-hill-opinion-1469623

Research featured in New York Times                                         2019
*Amber Heard: Are we all celebrities now?*
https://www.nytimes.com/2019/11/04/opinion/amber-heard-revenge-porn.html

Research featured in Teen Vogue                                             2019
*Revenge porn can haunt you for years*
https://www.teenvogue.com/story/cost-of-revenge-porn

Research featured in Forbes                                                 2019
*Female physicians reject "good enough"*
https://www.forbes.com/sites/miriamknoll/2019/08/23/female-physicians-reject-good-enough/

Research featured in Chronicle Vita                                         2019
*How the opaque way we hire postdocs contributes to science's diversity problem*
*https://chroniclevitae.com/news/2212-how-the-opaque-way-we-hire-postdocs-contributes-to-science-s-diversity-problem*

Inside Higher Ed story on Dr. Eaton's 2019 research on bias in STEM         2019
*(More) bias in science hiring*
https://www.insidehighered.com/news/2019/06/07/new-study-finds-discrimination-against-women-and-racial-minorities-hiring-sciences

Science Magazine story on Dr. Eaton's 2019 research on bias in STEM         2019
*Racial and gender biases plague postdoc hiring*
https://www.sciencemag.org/careers/2019/06/racial-and-gender-biases-plague-postdoc-hiring

TV Interview for NBC 6 news story                                          2019
*Illegal exposure: Sharing someone else's private porn can be a crime*
https://www.nbcmiami.com/investigations/Nonconsensual-Revenge-Porn-Florida-Cyber-Civil-Rights-509726671.html

Research featured in article for Pacific Standard                           2019

Asia A. Eaton                                                                October 28, 2024

*The most racist people are also the most likely to underestimate their racism*
https://psmag.com/news/the-most-racist-people-are-the-most-likely-to-underestimate-their-racism?fbclid=IwAR1qT0mMBm68byEuoGOscNyyFcHzIuuQFXmMG65E1dkiRVaoNIrrna39NMA

Research featured in TV segment for Telemundo                                      2019
*Porno sin permiso*
https://www.telemundo51.com/noticias/destacados/Porno-sin-permiso_TLMD---Miami-509248862.html?fbclid=IwAR1oxDXy2XUvOLFeTg_o3fepGlUnzIxSOkhB2glG8YCT0iVIhaf3VHqQv9w

Research featured in article for Bloomberg                                         2019
*HR Buzz: Madison-Bound • Women at Helm • New Moms Urged to Exit?*
https://news.bloomberglaw.com/daily-labor-report/hr-buzz

Quoted in article for APA Monitor                                                  2019
*Renewing the push for equality*
https://www.apa.org/monitor/2019/04/cover-renewing-equality?fbclid=IwAR39IKMJHxVFCsZbiAQyonWq25PHHifzzQIG9VKLwi9VrPL6sYJS_UeV9b4

Quoted in article for New York Times (NYT)                                         2019
*A.S.M.R. Videos Give People the Tingles (No, Not That Way)*
https://www.nytimes.com/2019/02/07/style/asmr-definition-video-women.html

Quoted in article for Modern CLE                                                   2018
*Why Katelyn Bowden Launched 'BADASS' to Help Revenge Porn Victims*
https://moderncle.com/2018/11/27/badass-organization-help-revenge-porn-victims/?fbclid=IwAR0AE4679ok-BsnuzPXW4BgstxToZTEdYblPkYb8_PxtYPMIHbPXck3NYjk

Radio interview for WLRN's Sundial, South Florida's NPR station                    2018
*Meet the FIU Psychologist Working to Stop Non-Consensual Porn On Social Media*
http://www.wlrn.org/post/meet-fiu-psychologist-working-stop-non-consensual-porn-social-media

Quoted in BBC News: Mundo
*"A qué edad solemos conocer cuál es nuestra orientación sexual" (At what age do we usually know*     2018
*what our orientation is?)"*
https://www.bbc.com/mundo/noticias-45361587

Interview for Psychology's Feminist Voices                                         2018
*Video interview for oral history archive containing the stories of feminist psychologists*
https://www.feministvoices.com/asia-a-eaton/

Podcast interview for "Department 12" IO podcast on sexual harassment research     2018
*Ryan Jacobson & Asia Eaton on sexual harassment policies*
http://department12.com/ryan-jacobson-asia-eaton-on-sexual-harassment-policies/

Research featured in article for the Society for Industrial and Organizational Psychology,   2018
*How organizations can really fight sexual harassment*
*http://www.siop.org/article_view.aspx?article=1760*

Quoted in article for Oxygen                                                       2017
*1 in 20 social media users have shared nonconsensual pornography*
http://www.oxygen.com/blogs/1-in-20-social-media-users-have-shared-nonconsensual-pornography

Quoted in article for Vocativ                                                      2017
*Survey: 1 in 20 social media users have shared nonconsensual porn*
http://www.vocativ.com/437803/ccri-nonconsensual-revenge-porn/

Quoted in article for Mic                                                         2017
*Military women plead with Facebook to address the continued spread of revenge porn*

Asia A. Eaton                                                                      October 28, 2024

https://mic.com/articles/174122/marines-united-facebook-revenge-porn-problem-dark-web-military-women-open-letter#.zNGLjZaRd

Video interview with the National Alliance for Youth Sports (NAYS)                  2017
*How coaches can approach and respond to teen dating violence*

Featured in article for Miami New Times                                            2016
*Faculty demand FIU become "Sanctuary Campus" for immigrants*
http://www.miaminewtimes.com/news/faculty-demand-fiu-become-sanctuary-campus-for-immigrants-8973575

Quoted in article for RISE: Miami News                                            2015
*Is Miami based sugardaddie.com an online brothel?*
http://risemiaminews.com/2015/07/is-miami-based-sugardaddie-com-an-online-brothel

TV interview on "Viewpoint" on WPBT2, South Florida's PBS station with Henry Mack   2015
on the Supreme Court decision on marriage equality
http://video.wpbt2.org/video/2365521933

TV interview on "Issues" on WPBT2, South Florida's PBS station with Helen Ferré     2015
on gender identity and transgender individuals
https://youtu.be/ch99UPHK4sE

TV interview on "Issues" on WPBT2, South Florida's PBS station with Helen Ferré     2015
on the legalization of same sex marriage in Florida
http://youtu.be/Ga3RRAi4Vhc

## Technical Papers and Reports for the Public

†Saunders, J. F., & **Eaton, A. A**. (2018). *Are social media comparisons thieves of joy?* Brief 18-008.     2018
The Women's Research Institute of Nevada Research Briefs.

**Eaton, A. A**., Jacobs, H., & *Ruvalcaba, Y. (2017). *2017 Nationwide online study of nonconsensual*          2017
*porn victimization and perpetration: A summary report*. Cyber Civil Rights Initiative. Retrieved from
https://www.cybercivilrights.org/wp-content/uploads/2017/06/CCRI-2017-Research-Report.pdf

## Expert Witness Testimony

Expert Witness for Doe vs. Lovell                                                   2023-present
Deposed for trial on workplace sexual harassment with Rogge Dunn Group

Expert Witness for multiple cases with Daniel Szalkiewicz & Associates, P.C.        2022-present
Wrote expert witness reports about a variety of cases of image-based sexual abuse

Expert Witness in Doty v. ADT                                                       2021-present
Wrote an expert witness report on the nature and harms of image-based abuse for primary and
secondary survivors for Edelson PC in the case of Doty vs. ADT

Expert Witness in Doe v. Trimble                                                    2020
Wrote an expert witness report on the nature and harms of nonconsensual pornography for
Attorney Gregory M. Clift in the case of Doe v. Trimble

Expert Witness in Simpson v. Oliver                                                 2020
Wrote an expert witness report on the nature and harms of nonconsensual pornography for
Attorney Robert S. Gans in the case of Simpson v. Oliver

## Consulting Experience

Consultant Affiliate with the Kaleel Jamison Consulting Group (KJCG)                2021-present
Works with Senior Leadership Teams to create the foundation for greater trust,
inclusion, and collaboration in the workplace; https://kjcg.com/asia-eaton

31

Asia A. Eaton                                                                    October 28, 2024

**Grant Advisory Boards**

International Advisory Group for an Australian Research Council (ARC) Project          2022-2023
    Australian Research Council (ARC) Future Fellowship project on the efficacy of
    digital tools and interventions to detect, prevent and respond to image-based sexual abuse

**Professional Affiliations**

    **Fellow:** American Psychological Association (APA)
    **Fellow:** Society for the Psychological Study of Social Issues (SPSSI, APA Div.9)
    **Fellow:** Society for the Psychology of Women (SPW, APA Div. 35)
    **Member:** Society for Personality and Social Psychology (SPSP, APA Div. 8)
    **Member:** Society for Industrial and Organizational Psych. (SIOP, APA Div. 14)
    **Member:** Scholars Strategy Network (SSN)