# October 2024 INVOICE

SENT: 10/25/24

RE: Expert Witness Report for S.S.

| | |
|---|---|
| Charge per hour | $250 for preperation and $350 for testimony |
| Billable hours for production of report (includes reviewing materials, interviewing S.S., writing) | 6 hours |
| Number of hours | 6 |
| TOTAL | $1,500.00 |

Asia A. Eaton, Ph.D.
13502 SW 57th Ct.
Miami, FL
33156
Cell Phone: (786) 473-1195
Email: aeaton@fiu.edu