**Judyann McCarthy Counseling Services, LLC**

106 Browning Road, Merchantville, NJ 08109

October 8, 2024

Daniel Szalkiewicz, Esq.

23 West 73rd Street, Suite 102

New York, NY 10023

To Whom It May Concern:

S▓▓▓▓▓ (DOB ▓▓ 1993), our mutual client, is being seen for psychotherapy in my office. S▓▓ was diagnosed with 309.81 Posttraumatic Stress Disorder as well as F43.21 Adjustment Disorder, with Depressed Mood and F41.8 Generalized Anxiety Disorder due to his traumatic experiences while being abused, harassed and stalked by his ex-paramour Deza'rae Collins.

Mr. S▓▓▓▓'s life has been greatly impaired physically, socially and occupationally due to issues stemming from Ms. Collin's highly abusive behavior towards him which included sending naked images and videos of him to his family, friends and his girlfriend at the time who is now his wife. He reports that he experiences severe anxiety and depression, which impairs his ability to perform daily tasks on a consistent basis. S▓▓▓'s heightened anxiety is directly related to his PTSD since he is concerned about his interactions with the general public since he is prone to displaying an exaggerated startle response.

S▓▓▓ has nightly nightmares which greatly hinders his ability to sleep as well and has detrimentally affected his overall health. These nightmares are directly related to his experiences while being abused, harassed and stalked by Ms. Collins. He also has strained relationships due to the symptoms of these disorders, which can make him very anti-social even among his family members. Due to Ms. Collins' years of abusing Mr. S▓▓▓▓ his condition will permanently affect him for the foreseeable future.

Mr. S▓▓▓▓ has had to come to therapy and has lost income due to missing work due to the abuse Ms. Collins has subjected him to over the years including after they stopped their relationship. He is clearly a victim of domestic violence and in my professional opinion should be eligible for reimbursement for the cost of his treatment, any lost wages and any other costs related to his victimization.

Thank you for this opportunity to work cooperatively with you and my client. Please feel free to contact me with any questions at either judyannmccarthylcsw@gmail.com or on my cell phone at (215) 901-6398.

Sincerely,

Judyann McCarthy, MSW, LCSW

Judyann McCarthy, MSW, LCSW

Psychotherapist/Clinical Supervisor

Pursuant 10 28 U.S.C. 1746 I declare under penalty of perjury that the foregoing is true and correct.