

**MID-WILLAMETTE VALLEY COUNCIL OF GOVERNMENTS**

100 HIGH STREET S.E., Suite 200 | SALEM, OREGON 97301 | www.mwvcog.org
T: 503.588.6177 | F: 503-588-6094 | E: mwvcog@mwvcog.org
*An equal opportunity lender, provider, and employer*

DATE: March 28, 2024

NAME: DezaRae Collins
EMAIL: dcolli44@my.chemeketa.edu
RE: Offer (Contingent) Administration Specialist III

Dear DezaRae:

Thank you for submitting your resume and for interviewing for the Administration Specialist position with the Mid-Willamette Valley Council of Governments (COG). I am very pleased to be able to offer you this position, contingent of course, upon successful background and reference checks.

Based on your experience, quality interview, and resume, we would offer a starting salary of $28.10/hour, which is Step 1 of pay range 6, plus benefits. Consistent with the Personnel Manual, you will serve a six-month probationary period after which time you would be eligible for an adjustment to allow for our Mission Square Retirement Plan as well a step adjustment based upon performance. This position is classified as a Non-Exempt Position and is Full-Time (approximately 40 hours per week).

I have attached a one pager of our Retirement and Benefits Plan. If you have any questions on the COG's benefit program, holidays, sick leave, etc. please do not hesitate to contact Amber Mathiesen, COG Finance Director, at 503-540-1603 or amathiesen@mwvcog.org.

We would like you to start on **April 4, 2024**. If you accept these terms, please sign and date where it is indicated below and return same to me.

If you have any questions, please do not hesitate to contact me. I look forward to hearing back from you and hope that you will decide to accept the position.

Sincerely,

*[signature]*

Scott Dadson
Executive Director
MID-WILLAMETTE VALLEY COUNCIL OF GOVERNMENTS

_____          04/01/2024
*DeraRae Culling*                       _____
Applicant signature                                              Date

Attachments

2

**MID-WILLAMETTE VALLEY**
**COUNCIL OF GOVERNMENTS**

**PERSONNEL ACTION WORKSHEET**

---

**SECTION I**

Employee No.  _____1630_____

Employee Name  _____DezaRae Collins_____

Classification  _____Administration Specialist 3_____

**REMARKS (Reason for Personnel Action)**
Moving from probationary to regular career status. Move up one step due to good work during probationary period and 4% increase to cover retirement.

| | | | |
|---|---|---|---|
| 10/11/2024 | *DezaRae Collins* (signed) | | |
| Date | Employee's Signature | | |
| 10/11/2024 | *Linda Hansen* (signed) | 10-11-24 | *(signed)* |
| Date | Supervisor's Signature | Date | Executive Director |

---

**SECTION II**   Complete for changes in pay, classification, or work schedule.

| | FROM | TO |
|---|---|---|
| Pay Range | 6 | 6 |
| Step | 1 | 2 |
| Monthly Salary | | |
| Hourly Salary | 28.970 | 30.881 |

---

**PAYROLL USE ONLY:**   Processed by: _____   Date: _____

10/04/2024

DezaRae Collins

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

DezaRae Collins
1930 Church St NE
Salem OR 97301-0478

Pay Period: 09/16/2024 - 09/30/2024

---

**DezaRae Collins**
1930 Church St NE
Salem
OR, 97301

**Mid-Willamette Valley Council of G**
100 High Street SE STE 200
Salem
OR, 97301

OR TAX ID: 00294294-4

**Pay Period**
09/16/2024 - 09/30/2024

**Pay Date**
10/04/2024

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.00 | 28.97 | 1,506.44 | 25,451.48 |
| Paid time off | 4.00 | 28.97 | 115.88 | 1,253.80 |
| Sick Pay | 16.00 | 28.97 | 463.52 | 1,150.10 |
| Vacation Pay | 16.00 | 28.97 | 463.52 | 1,265.98 |
| Reimburse Emp Expense | - | - | 0.00 | 46.63 |

| OTHER PAY | Current | YTD |
|---|---|---|
| CIS Medical | 387.40 | 2,711.80 |
| CIS Vision | 5.04 | 35.28 |
| CIS Dental | 30.91 | 216.37 |
| Parking | 30.50 | 213.50 |

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 16.00 | 4.00 |
| Sick | 16.00 | 4.00 |
| Paid time off | 4.00 | 92.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 223.26 | 2,535.86 |
| Social Security | 158.06 | 1,805.52 |
| Medicare | 36.97 | 422.26 |
| OR Income Tax | 170.58 | 1,941.20 |
| OR Workers' Benefit Fund | 0.52 | 8.92 |
| OR Statewide Transit Tax | 2.55 | 29.13 |
| OR Paid Family and Medical Leave EE | 15.30 | 174.73 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CIS Hospital Indemnity | 7.80 | 54.60 |
| CIS Critical Illness | 2.15 | 15.05 |
| CIS Medical | 0.00 | 0.00 |
| CIS Vision | 0.00 | 0.00 |
| CIS Dental | 0.00 | 0.00 |
| Trauma Bronze | 5.00 | 35.00 |
| CIS Accident | 5.53 | 38.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,549.36 | $29,167.99 |
| Taxes | $607.24 | $6,917.62 |
| Deductions | $20.48 | $143.36 |

**NET PAY:** $1,921.64
Acct#....4862: $1,921.64

---

**DezaRae Collins**
1930 Church St NE
Salem
OR, 97301

**Mid-Willamette Valley Council of G**
100 High Street SE STE 200
Salem
OR, 97301

OR TAX ID: 00294294-4

**Pay Period**
09/16/2024 - 09/30/2024

**Pay Date**
10/04/2024

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 52.00 | 28.97 | 1,506.44 | 25,451.48 |
| Paid time off | 4.00 | 28.97 | 115.88 | 1,253.80 |
| Sick Pay | 16.00 | 28.97 | 463.52 | 1,150.10 |
| Vacation Pay | 16.00 | 28.97 | 463.52 | 1,265.98 |
| Reimburse Emp Expense | - | - | 0.00 | 46.63 |

| OTHER PAY | Current | YTD |
|---|---|---|
| CIS Medical | 387.40 | 2,711.80 |
| CIS Vision | 5.04 | 35.28 |
| CIS Dental | 30.91 | 216.37 |
| Parking | 30.50 | 213.50 |

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 16.00 | 4.00 |
| Sick | 16.00 | 4.00 |
| Paid time off | 4.00 | 92.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 223.26 | 2,535.86 |
| Social Security | 158.06 | 1,805.52 |
| Medicare | 36.97 | 422.26 |
| OR Income Tax | 170.58 | 1,941.20 |
| OR Workers' Benefit Fund | 0.52 | 8.92 |
| OR Statewide Transit Tax | 2.55 | 29.13 |
| OR Paid Family and Medical Leave EE | 15.30 | 174.73 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CIS Hospital Indemnity | 7.80 | 54.60 |
| CIS Critical Illness | 2.15 | 15.05 |
| CIS Medical | 0.00 | 0.00 |
| CIS Vision | 0.00 | 0.00 |
| CIS Dental | 0.00 | 0.00 |
| Trauma Bronze | 5.00 | 35.00 |
| CIS Accident | 5.53 | 38.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,549.36 | $29,167.99 |
| Taxes | $607.24 | $6,917.62 |
| Deductions | $20.48 | $143.36 |

**NET PAY:** $1,921.64
Acct#....4862: $1,921.64

09/20/2024

DezaRae Collins

0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

DezaRae Collins
1930 Church St NE
Salem OR 97301-0478

Pay Period:  09/01/2024 - 09/15/2024

---

**DezaRae Collins**
1930 Church St NE
Salem
OR, 97301

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 63.00 | 28.97 | 1,825.11 | 23,945.04 |
| Paid time off | 8.00 | 28.97 | 231.76 | 1,137.92 |
| Sick Pay | 1.00 | 28.97 | 28.97 | 686.58 |
| Vacation Pay | 8.00 | 28.97 | 231.76 | 802.46 |
| Reimburse Emp Expense | - | - | 0.00 | 46.63 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 195.45 | 2,312.60 |
| Social Security | 143.69 | 1,647.46 |
| Medicare | 33.60 | 385.29 |
| OR Income Tax | 152.74 | 1,770.62 |
| OR Workers' Benefit Fund | 0.63 | 8.40 |
| OR Statewide Transit Tax | 2.32 | 26.58 |
| OR Paid Family and Medical Leave EE | 13.90 | 159.43 |

**Mid-Willamette Valley Council of G**
100 High Street SE STE 200
Salem
OR, 97301

OR TAX ID: 00294294-4

| OTHER PAY | Current | YTD |
|---|---|---|
| CIS Medical | 387.40 | 2,324.40 |
| CIS Vision | 5.04 | 30.24 |
| CIS Dental | 30.91 | 185.46 |
| Parking | 30.50 | 183.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CIS Hospital Indemnity | 7.80 | 46.80 |
| CIS Critical Illness | 2.15 | 12.90 |
| CIS Medical | 0.00 | 0.00 |
| CIS Vision | 0.00 | 0.00 |
| CIS Dental | 0.00 | 0.00 |
| Trauma Bronze | 5.00 | 30.00 |
| CIS Accident | 5.53 | 33.18 |

**Pay Period**
09/01/2024 - 09/15/2024

**Pay Date**
09/20/2024

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 8.00 | 16.00 |
| Sick | 1.00 | 16.00 |
| Paid time off | 8.00 | 96.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,317.60 | $26,618.63 |
| Taxes | $542.33 | $6,310.38 |
| Deductions | $20.48 | $122.88 |

**NET PAY:** $1,754.79
Acct#....4862: $1,754.79

---

**DezaRae Collins**
1930 Church St NE
Salem
OR, 97301

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 63.00 | 28.97 | 1,825.11 | 23,945.04 |
| Paid time off | 8.00 | 28.97 | 231.76 | 1,137.92 |
| Sick Pay | 1.00 | 28.97 | 28.97 | 686.58 |
| Vacation Pay | 8.00 | 28.97 | 231.76 | 802.46 |
| Reimburse Emp Expense | - | - | 0.00 | 46.63 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 195.45 | 2,312.60 |
| Social Security | 143.69 | 1,647.46 |
| Medicare | 33.60 | 385.29 |
| OR Income Tax | 152.74 | 1,770.62 |
| OR Workers' Benefit Fund | 0.63 | 8.40 |
| OR Statewide Transit Tax | 2.32 | 26.58 |
| OR Paid Family and Medical Leave EE | 13.90 | 159.43 |

**Mid-Willamette Valley Council of G**
100 High Street SE STE 200
Salem
OR, 97301

OR TAX ID: 00294294-4

| OTHER PAY | Current | YTD |
|---|---|---|
| CIS Medical | 387.40 | 2,324.40 |
| CIS Vision | 5.04 | 30.24 |
| CIS Dental | 30.91 | 185.46 |
| Parking | 30.50 | 183.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CIS Hospital Indemnity | 7.80 | 46.80 |
| CIS Critical Illness | 2.15 | 12.90 |
| CIS Medical | 0.00 | 0.00 |
| CIS Vision | 0.00 | 0.00 |
| CIS Dental | 0.00 | 0.00 |
| Trauma Bronze | 5.00 | 30.00 |
| CIS Accident | 5.53 | 33.18 |

**Pay Period**
09/01/2024 - 09/15/2024

**Pay Date**
09/20/2024

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 8.00 | 16.00 |
| Sick | 1.00 | 16.00 |
| Paid time off | 8.00 | 96.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,317.60 | $26,618.63 |
| Taxes | $542.33 | $6,310.38 |
| Deductions | $20.48 | $122.88 |

**NET PAY:** $1,754.79
Acct#....4862: $1,754.79