IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| S. S.,<br><br>   Plaintiff,<br><br>  v.<br><br>Dezarae Collins,<br><br>   Defendant. | Case No. 2:23-cv-892 |

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

  PLEASE TAKE NOTICE, that effective immediately, Daniel Szalkiewicz & Associates, P.C. has changed its name to Veridian Legal P.C. All future reference to the firm in this matter should be to Veridian Legal P.C. As a result, please use the following:

> Veridian Legal P.C.
> 23 West 73rd Street, Suite 102
> New York, NY 10023
> daniel@veridianlegal.com

The firm's addresses, phone numbers, fax numbers, have not been affected by this change.

Dated: March 14, 2025
   New York, New York

                 VERIDIAN LEGAL P.C.

                 ___*/s/Daniel S. Szalkiewicz*___
                 By: Daniel S. Szalkiewicz, Esq.