IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| S.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>DEZARAE COLLINS,<br><br>    Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br><br>No. 23-0892 (KMW-AMD)<br><br>**ORDER** |

**WILLIAMS, District Judge:**

**THIS MATTER** comes before the Court by way of a hearing to determine the issue of damages following this Court's entry of default judgment in favor of Plaintiff S.S. ("Plaintiff") and against Defendant Dezarae Collins ("Defendant") (Dkt. No. 17); and the Court having considered the submissions of Plaintiff and having heard the arguments of counsel at the damages hearing held on August 13, 2024; and the Court noting the appearance of counsel: Daniel Szalkiewicz, Esq., appearing on behalf of Plaintiff; and for the reasons set forth in the Opinion of even date and for good cause shown;

**IT IS** this _14_ day of **November, 2025** hereby:

**ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant in the total amount of $931,002.31, comprised of:

1) Statutory damages for violation of N.J.S.A. 2A:58D-1 in the amount of $77,000.00;
2) Liquidated damages for violation of 15 U.S.C. § 6851 in the amount of $150,000.00;
3) Punitive damages in the amount of $681,000; and
4) Attorneys' fees and costs in the amount of $23,002.31; and further

**ORDERED** that the Clerk of Court is directed to mark this matter as **CLOSED**.

                       _/s/ Karen M. Williams_
                       KAREN M. WILLIAMS
                       U.S. DISTRICT COURT JUDGE